# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 1:26-bk-00118-HWV |
| CEDAR HAVEN ACQUISITION, LLC | Chapter 11 |
| Debtor. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
## OF FREDERICK E. SCHMIDT, JR.

Pursuant to L.R. 2090-1(b ), John T. Carroll, III (the "Movant"), a member in good standing of the Bar of the Commonwealth of Pennsylvania, an attorney admitted to practice before the United States Bankruptcy Court for the Middle District of Pennsylvania, and an attorney at the law firm of Cozen O'Connor, hereby moves this Honorable Court for entry of an order permitting Frederick E. Schmidt, Jr. to practice *pro hac vice* before the United States Bankruptcy Court for the Middle District of Pennsylvania and to represent Charles B. Blalack and Stone Barn Management, LLC in the above-captioned proceeding. In support of this motion, the Movant respectfully represents as follows:

1. Frederick E. Schmidt, Jr. is a member of the law firm of Cozen O'Connor and maintains an office at 3 WTC, 175 Greenwich Street, 55th Floor, New York, NY 10007.

2. Frederick E. Schmidt, Jr. is a member in good standing of the State Bars of New York, Connecticut, and Texas, and has been admitted to practice in a number of district courts, including the United States District Courts for the Southern District of New York, Eastern District of New York, Southern District of Texas, Northern District of Texas and Western District of Pennsylvania.

LEGAL\112801759\1 8888888/00801671

3. Filed concurrently herewith is a Certification of Frederick E. Schmidt, Jr., which sets forth his qualifications in greater detail.

4. The Movant respectfully requests that this Court grant this motion so that Frederick E. Schmidt, Jr. may be allowed to appear and be heard at any hearings in the above-captioned proceeding.

**WHEREFORE,** it is respectfully requested that this court enter the attached order permitting Frederick E. Schmidt, Jr., to appear *pro hac vice* in the above-captioned proceeding.

Date: January 26, 2026

                              **COZEN O'CONNOR**

                              */s/ John T. Carroll, III*
                              John T. Carroll, III (PA Bar #34243)
                              1201 N. Market Street
                              Suite 1001
                              Wilmington, DE 19801
                              Telephone: (302) 295-2000
                              jcarroll@cozen.com

LEGAL\112801759\1 8888888/00801671