| | |
|---|---|
| In re: | Case No. 1:26-bk-00118-HWV |
| CEDAR HAVEN ACQUISITION, LLC | Chapter 11 |
| Debtor. | |

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE* PURSUANT TO LOCAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Local Rule 2090-1(b ), I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the State Bars of New York, Connecticut, and Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action and declare as follows:

1.	I am a member of the law firm of Cozen O'Connor and maintain an office at 3 WTC, 175 Greenwich Street, 55th Floor, New York, NY 10007.

2.	I submit this declaration in support of the Motion and Order for Admission *Pro Hac Vice* Pursuant to Local Rules of Bankruptcy Procedure.   I have personal knowledge of the facts stated below and if called upon, I could and would testify competently thereto.

3.	I am a member in good standing of the State Bars of New York, Connecticut, and Texas.   I am also admitted to practice law in, *inter alia,* the United States District Courts for the Southern District of New York, Eastern District of New York, Southern District of Texas, Northern District of Texas, and Western District of Pennsylvania.

4.	I am not under suspension or disbarment by any court.

5.	I have or will familiarize myself with the Rules of the Court and Local Rules of the Court and with the Standing Order for District Court Fund.

LEGAL\112801759\1 8888888/00801671

I declare under penalty of perjury of the State of New York and federal law that the foregoing is true and correct.

Dated: January 26, 2026

**COZEN O'CONNOR**

/s/ *Frederick E. Schmidt, Jr.*
Frederick E. Schmidt, Jr.
3WTC, 175 Greenwich Street
55th Floor
New York, New York 10007
(212) 883-4948
eschmidt@cozen.com

LEGAL\112801759\1 8888888/00801671