**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>CEDAR HAVEN ACQUISITION, LLC<br><br>Debtor. | Case No. 1:26-bk-00118-HWV<br><br>Chapter 11 |

**ORDER GRANTING MOTION FOR ADMISSION FOR**
**FREDERICK E. SCHMIDT, JR., *PRO HAC VICE***
**PURSUANT TO LOCAL RULES OF BANKRUPTCY PROCEDURE**

**UPON CONSIDERATION** of the Motion for Admission of Frederick E. Schmidt, Jr.,

*Pro Hac Vice* Pursuant to Local Rules of Bankruptcy Procedure,

**IT IS HEREBY ORDERED** that the Motion for Admission of Frederick E. Schmidt, Jr.,

*Pro Hac Vice* to practice in this Court in the above-captioned proceeding pursuant to the Local

Rules of Bankruptcy Procedure is **GRANTED.**

BY THE COURT:

_____
Honorable Henry W. Van Eck,
Chief Bankruptcy Judge
Dated:

LEGAL\112801759\1 8888888/00801671