**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 1:26-bk-00118-HWV |
| CEDAR HAVEN ACQUISITION, LLC | Chapter 11 |
| Debtor. | |

## ORDER

Upon consideration of the Motion for Admission of Mark E. Felger *Pro Hac Vice* Pursuant to Local Rules of Bankruptcy Procedure, Doc. 22, it is

**ORDERED** that the Motion for Admission of Mark E. Felger *Pro Hac Vice* to practice in this Court in the above-captioned proceeding pursuant to the Local Rules of Bankruptcy Procedure is **GRANTED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 27, 2026