IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 1:26-bk-00118-HWV |
| CEDAR HAVEN ACQUISITION, LLC | : Chapter 11 |
| Debtor | : |

### ORDER

Upon consideration of the Debtor's Motion for an extension of time within which to file the Chapter 11 Schedules and Statement of Financial Affairs in connection with the Chapter 11 case, Doc. 55, it is

**ORDERED** that the Motion is **GRANTED** and the time within which the Debtor is required to file the Chapter 11 Schedules and Statement of Financial Affairs is extended through February 13, 2026.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 9, 2026