# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cedar Haven Acquisition, LLC
dba Cedar Haven Healthcare Center

**Debtor 1**

Chapter: 11

Case number: 1:26–bk–00118–HWV

Document Number: 13

Matter: Application to Employ

Cedar Haven Acquisition, LLC
dba Cedar Haven Healthcare Center
**Movant(s)**

vs.

Charles Blalack and
Stone Barn Management, LLC
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 16, 2026.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | Date: 2/18/26<br>Time: 09:30 AM |

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901–2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 10, 2026 |

nthrgreq(02/19)