IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:26-bk-00118-HWV |
| CEDAR HAVEN ACQUISITION, LLC | : : | Chapter 11 |
| Debtor | : : | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Notice is hereby given that Cathy Weaver, Individually and as Administratrix of the Estate of Patricia Rothermel, filed a Motion for Relief from Automatic Stay, seeking permission to move forward so as to allow Weaver to seek recovery from the insurance proceeds of the Debtor under the terms of the Settlement reached in the litigation matter brought in the Philadelphia Court of Common Pleas.

Unless objections to the Motion are filed within fourteen (14) days of the date of this Order, the Court may grant the relief requested in the Motion without further hearing. Any party who objects to the Motion must file an objection which conforms to the Rules of Bankruptcy Procedure, and attend any hearing the Court may schedule on the matter. A complete copy of the Motion may be viewed at the Clerk's office at the address set forth below or on the Court's ECF site.

**CLERK, U.S. BANKRUPTCY COURT**
**THE SYLVIA H. RAMBO US COURTHOUSE**
**1501 NORTH 6TH STREET**
**HARRISBURG, PA 17102**

Date: February 12, 2026