IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:26-bk-00118-HWV |
|   CEDAR HAVEN ACQUISITION, LLC | : | |
| | : | Chapter 11 |
|         Debtor | : | |
| | : | |

## ORDER

The Application for approval of employment of Cunningham, Chernicoff & Warshawsky, P.C. as special counsel of the Chapter 11 Trustee, Leon P. Haller, having come this day before the Court, and it appearing that Cunningham, Chernicoff & Warshawsky, P.C. are attorneys qualified to practice in this Court, and the Court being satisfied that Cunningham, Chernicoff & Warshawsky, P.C. does not hold or represent an interest adverse to the , the matters upon which it is engaged, and it appears that the employment of Cunningham, Chernicoff & Warshawsky, P.C. is necessary and would be in the best interests of the estate, it is

**ORDERED** that the employment of Cunningham, Chernicoff & Warshawsky, P.C. attorneys-at-law, as special counsel to the Chapter 11 Trustee, and on the terms stated in the Application and as set forth herein, in the within proceeding under Chapter 11 of the Bankruptcy Code, is approved, subject to the provisions of 11 U.S.C. §330 and Rule 2016 of the Rules of Bankruptcy Procedure with respect to payment to counsel for services performed, and any retainer paid to Cunningham, Chernicoff & Warshawsky, P.C. shall not be drawn upon until any underlying fees are approved by the Court. Cunningham, Chernicoff & Warshawsky, P.C. shall not, to the extent possible, duplicate services of any general counsel in this case.