| | |
|---|---|
| **From:** | Paul, Wendy S. (USTP) <Wendy.S.Paul@usdoj.gov> |
| **Sent:** | Wednesday, March 4, 2026 3:08 PM |
| **To:** | Cindy Boyle |
| **Subject:** | 26-00118 ombudsman |

FILED
**March 4, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

**CAUTION - EXTERNAL:**

Margaret Barajas, State LTC Ombudsman
555 Walnut Street, 5th Floor
Harrisburg, PA 17101

Have a great day....

Wendy S. Paul, Paralegal Specialist
Office of the United States Trustee
Department of Justice
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Box 302
Harrisburg, PA 17102
Office: (717) 221-4584
Work Cell: (771) 202-4916
Wendy.S.Paul@usdoj.gov



---

**From:** Schalk, Joseph (USTP) <Joseph.Schalk@usdoj.gov>
**Sent:** Wednesday, March 4, 2026 3:07 PM
**To:** Paul, Wendy S. (USTP) <Wendy.S.Paul@usdoj.gov>
**Subject:** BArajas

Margaret Barajas, State LTC Ombudsman
555 Walnut Street, 5th Floor
Harrisburg, PA 17101

Joseph P. Schalk
Acting Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
Middle District of Pennsylvania
1501 N. 6th Street, Box 302
Harrisburg, PA 17102
Tel. (717) 221-4533
Mobile (202) 527-4067
Email: Joseph.Schalk@usdoj.gov



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.