

120 S. LaSalle Street
Chicago, IL 60603
**Address Service Requested**

 

MEMBER **FDIC** | EQUAL HOUSING **LENDER**

CEDAR HAVEN ACQUISITION LLC
BANKRUPTCY CASE NO. 2025-CV-1794
OPERATING ACCOUNT
590 S 5TH AVE
LEBANON PA 17042-9195

## Customer Service Information

**For Personal Assistance, Call:**
312 564-1278
ADAM PANOS

**Visit Us Online:**
www.cibc.com/US

**Written Inquiries:**
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603

## BUSINESS CHECKING

**Account Number:** 0002417104

### Balance Summary

| | | |
|---|---|---|
| **Beginning Balance as of 12/31/25** | $ | **2,229,032.80** |
| + Deposits and Credits (55) | | 2,565,333.38 |
| - Withdrawals and Debits (109) | | 2,202,975.76 |
| **Ending Balance as of 01/31/26** | $ | **2,591,390.42** |
| Average Balance | $ | 2,194,657.61 |
| Low Balance | $ | 1,982,038.78 |
| Enclosures | | 80 |

### Checks Posted

\* Skip in check sequence

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 40 | 01/08 | 3,872.55 | 86 | 01/05 | 2,075.60 |
| 48* | 01/07 | 4,500.00 | 88* | 01/05 | 329.49 |
| 49 | 01/05 | 71.10 | 90* | 01/05 | 793.95 |
| 51* | 01/15 | 160.00 | 91 | 01/06 | 1,190.13 |
| 57* | 01/09 | 3,281.62 | 92 | 01/05 | 3,100.00 |
| 58 | 01/08 | 4,676.80 | 93 | 01/05 | 10,517.67 |
| 65* | 01/02 | 3,661.75 | 94 | 01/27 | 1,380.41 |
| 68* | 01/05 | 300.00 | 95 | 01/12 | 264.66 |
| 69 | 01/02 | 4,277.97 | 96 | 01/23 | 904.20 |
| 70 | 01/06 | 400.35 | 97 | 01/06 | 9,933.55 |
| 71 | 01/05 | 751.54 | 98 | 01/05 | 5,341.51 |
| 72 | 01/05 | 751.54 | 99 | 01/05 | 14,971.62 |
| 73 | 01/08 | 26.50 | 100 | 01/06 | 101.50 |
| 74 | 01/05 | 1,690.00 | 101 | 01/07 | 270.30 |
| 76* | 01/05 | 368.90 | 102 | 01/09 | 272.95 |
| 77 | 01/08 | 64.00 | 104* | 01/07 | 530.00 |
| 78 | 01/06 | 253.58 | 105 | 01/02 | 5,205.47 |
| 79 | 01/05 | 2,342.38 | 106 | 01/14 | 569.53 |
| 80 | 01/08 | 3,716.88 | 107 | 01/09 | 3,771.84 |
| 81 | 01/06 | 432.48 | 108 | 01/08 | 4,530.40 |
| 82 | 01/05 | 718.81 | 109 | 01/13 | 278.00 |
| 83 | 01/07 | 4,756.97 | 110 | 01/13 | 48.00 |
| 84 | 01/12 | 1,133.00 | 111 | 01/12 | 1,942.17 |
| 85 | 01/05 | 2,032.94 | 112 | 01/14 | 3,833.20 |

*Thank you for banking with CIBC*

| | | | Keeping Good Records | To keep your financial records in good order, it is important to balance each of your checking accounts as soon as you receive a statement. We suggest you use this easy balancing method to detect errors early so they can be resolved as soon as possible in accordance with the Account Agreement. **If you find an error, immediately call or write us at the phone number and address on this statement.** |

## THIS FORM WILL HELP YOU BALANCE YOUR CHECKBOOK

| CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT | | | | | |
|---|---|---|---|---|---|
| Check No. | Amount | | Check No. | Amount | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | $ | | TOTAL | $ | |

**ENDING BALANCE**  $_____
Shown on this statement

**ADD (+)**
Deposits and other credits made but
not shown on this statement  $_____

**TOTAL**  $_____

**SUBTRACT (-)**  $_____
Total of checks outstanding

**BALANCE**  $_____

Current Checkbook Balance  $_____

**ADD (+)**  $_____
Interest earned from this statement

**SUBTRACT (-)**  $_____
Miscellaneous charges from this
statement

**NEW CHECKBOOK BALANCE**  $_____
Should agree with **BALANCE** line

## DEPOSIT ACCOUNT INFORMATION
## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
## (FOR CONSUMER ACCOUNTS ONLY)

Please call or write us at the phone number or address on this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1. Provide your name and account number.
2. Describe the error or transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will re-credit your account for the amount you think is in error, so that you have use of the money during the time it takes to complete our investigation.

**To Report Lost or Stolen ATM / Debit Cards, Please Call The Emergency Help Desk (24 Hours) 800 236-2442**



## GENERAL CONTACT INFORMATION

**By Phone:**
**Client Support Center**
877 448-6500
**CIBC Telephone Banking (24 Hours)**
877 825-5554

**CIBC NetBanking Help Desk (24 Hours)**
877 327-7375
**CIBC Business NetBanking Help Desk**
Monday – Friday: 7:00 am – 8:00 pm CST
800 733-9970

**By Email:**
cibcusadmin@cibc.com

**By Mail:**
Client Support Center
CIBC Bank USA
120 South LaSalle Street
Chicago, IL 60603


120 S. LaSalle Street
Chicago, IL 60603

## BUSINESS CHECKING  (continued)

**Account Number:** 0002417104

### Checks Posted (continued)

\* Skip in check sequence

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 113 | 01/13 | 161.80 | 130 | 01/20 | 5,502.74 |
| 114 | 01/21 | 3,015.23 | 131 | 01/23 | 6,305.98 |
| 115 | 01/13 | 401.73 | 132 | 01/23 | 78.32 |
| 116 | 01/07 | 500.00 | 133 | 01/22 | 9,270.00 |
| 117 | 01/13 | 1,376.57 | 134 | 01/30 | 616.46 |
| 118 | 01/22 | 299.75 | 135 | 01/30 | 606.89 |
| 119 | 01/08 | 25,000.00 | 136 | 01/26 | 675.20 |
| 120 | 01/08 | 10,609.00 | 137 | 01/28 | 584.53 |
| 121 | 01/12 | 1,701.30 | 138 | 01/29 | 4,630.96 |
| 122 | 01/15 | 33,290.50 | 140* | 01/29 | 637.41 |
| 123 | 01/13 | 55,000.00 | 141 | 01/29 | 2,213.58 |
| 124 | 01/20 | 1,675.85 | 142 | 01/29 | 3,952.00 |
| 126* | 01/21 | 400.00 | 143 | 01/23 | 500.00 |
| 127 | 01/15 | 500.00 | 99417098* | 01/06 | 1,042.92 |
| 128 | 01/21 | 22,591.27 | 99531936* | 01/23 | 796.44 |
| 129 | 01/23 | 17,850.00 | 99627717* | 01/29 | 264.99 |

**Item Count 80**    **Subtotal**    **$328,449.23**

### Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| 01/02 | Preauthorized Wd<br>ESHYFT-SHIFSTERLSIGONFILE260102 | 8,037.82 |
| 01/05 | Term-outgoing Wt/Dom<br>3796199255FLANAGAN AND ASSOC<br>101001306CEDAR HAVEN | 15,000.00 |
| 01/05 | Term-outgoing Wt/Dom<br>504665414FLANAGAN AND ASSOC<br>104000016CEDAR HAVEN | 15,000.00 |
| 01/06 | Preauthorized Wd<br>EMPOWEREMPOWER260106<br>690033736234 | 12,748.99 |
| 01/06 | Preauthorized Wd<br>ESHYFT-SHIFSTERLSIGONFILE260106 | 9,230.87 |
| 01/07 | Preauthorized Wd<br>EMPOWEREMPOWER260107<br>120033085838 | 13,921.90 |
| 01/08 | Preauthorized Wd<br>EMPOWEREMPOWER260108<br>695837046550 | 14,005.76 |
| 01/08 | Automatic Transfer<br>TRANSFER TODEPOSIT SYSTEMACCOUNT<br>0002848007 | 681,236.45 |
| 01/09 | Preauthorized Wd<br>EMPOWEREMPOWER260109<br>707494223946 | 19,878.72 |
| 01/12 | Preauthorized Wd<br>US FOODSERVICEVENDOR PAY260112<br>011201772912000 | 63,453.16 |
| 01/12 | Preauthorized Wd<br>EMPOWEREMPOWER260112<br>100051183644 | 16,454.89 |



120 S. LaSalle Street
Chicago, IL 60603

**BUSINESS CHECKING  (continued)**

## Debits (continued)

| Date | Description | Subtractions |
|---|---|---|
| 01/12 | Preauthorized Wd<br>EMPOWEREMPOWER260112<br>705160535276 | 11,344.32 |
| 01/13 | Term-outgoing Wt/Dom<br>1843112326CEDAR HAVEN CURATO<br>071006486/ROC/2601310033800325 | 165,311.70 |
| 01/13 | Preauthorized Wd<br>CASELLAWASTE260113 | 11,595.70 |
| 01/13 | Preauthorized Wd<br>CASELLAWASTE260113 | 2,659.26 |
| 01/14 | Preauthorized Wd<br>P1 FINANCE HOLDIPAYMENTS260114<br>28805404 | 67,825.36 |
| 01/15 | Preauthorized Wd<br>ESHYFT-SHIFSTERLSIGONFILE260115 | 5,071.05 |
| 01/15 | Preauthorized Wd<br>PAY THEORYSETTLEMENT260115<br>0167D386-A9E9-4 | 303.37 |
| 01/16 | Preauthorized Wd<br>NET HEALTH COLLPAYMENT260116 | 845.17 |
| 01/21 | Maintenance Fee<br>ANALYSIS ACTIVITYFOR 12/25 | 23.68 |
| 01/21 | Preauthorized Wd<br>ESHYFT-SHIFSTERLSIGONFILE260121 | 12,253.48 |
| 01/21 | Automatic Transfer<br>TRANSFER TODEPOSIT SYSTEMACCOUNT<br>0002419824 | 66.70 |
| 01/22 | Automatic Transfer<br>TRANSFER TODEPOSIT SYSTEMACCOUNT<br>0002848007 | 659,691.06 |
| 01/27 | Deposit Return Item<br>SEQ# 97000060REFER TO MAKERCHK#        1084<br>SHIRLEY KRALL | 12,865.00 |
| 01/27 | Preauthorized Wd<br>UGI UTILITIES, IUGI260127 | 3,584.55 |
| 01/28 | Preauthorized Wd<br>ESHYFT-SHIFSTERLSIGONFILE260128 | 8,879.73 |
| 01/30 | Term-outgoing Wt/Dom<br>425460107FIRST ENERGY<br>021000021MATT ED DEPOSIT | 27,256.00 |
| 01/30 | Preauthorized Wd<br>EMPOWEREMPOWER260130<br>695837247838 | 12,694.33 |
| 01/30 | Preauthorized Wd<br>AXXESS NETWORKSACH EOM260130<br>94267 | 3,287.51 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 01/05 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 61,089.79 |
| 01/05 | Outgoing Wire Return<br>3796199255RES1FLANAGAN AND ASSOC<br>101001306 | 15,000.00 |



120 S. LaSalle Street
Chicago, IL 60603

**BUSINESS CHECKING  (continued)**

**Account Number:**  0002417104

## Credits (continued)

| Date | Description | Additions |
|------|-------------|-----------|
| 01/05 | Remote Deposit | 115,426.17 |
| 01/05 | Remote Deposit | 6,955.26 |
| 01/06 | Automatic Transfer | 22,545.74 |
| | TRANSFER FROMDEPOSIT SYSTEMACCOUNT 0002389036 | |
| 01/06 | Preauthorized Credit | 1,833.00 |
| | PAY THEORYSETTLEMENT260106 0167D386-A9E9-4 | |
| 01/06 | Preauthorized Credit | 98.75 |
| | PAY THEORYSETTLEMENT260106 0167D386-A9E9-4 | |
| 01/06 | Incoming Wire-dom | 26,525.00 |
| | EA8F5550-8C50-49C3-85EC-5EAB4C596F49590 SOUTH 5th AVEN 021000021RENOVA RENT AND MAINT CHARGES | |
| 01/07 | Automatic Transfer | 480,501.65 |
| | TRANSFER FROMDEPOSIT SYSTEMACCOUNT 0002389036 | |
| 01/07 | Preauthorized Credit | 17,660.75 |
| | PAY THEORYSETTLEMENT260107 0167D386-A9E9-4 | |
| 01/08 | Automatic Transfer | 20,754.68 |
| | TRANSFER FROMDEPOSIT SYSTEMACCOUNT 0002389036 | |
| 01/08 | Preauthorized Credit | 2,343.90 |
| | PAY THEORYSETTLEMENT260108 0167D386-A9E9-4 | |
| 01/08 | Remote Deposit | 86,471.59 |
| 01/09 | Automatic Transfer | 15,952.54 |
| | TRANSFER FROMDEPOSIT SYSTEMACCOUNT 0002389036 | |
| 01/09 | Preauthorized Credit | 5,238.17 |
| | PAY THEORYSETTLEMENT260109 0167D386-A9E9-4 | |
| 01/09 | Remote Deposit | 35,509.60 |
| 01/12 | Automatic Transfer | 1,800.00 |
| | TRANSFER FROMDEPOSIT SYSTEMACCOUNT 0002389036 | |
| 01/13 | Automatic Transfer | 1,200.00 |
| | TRANSFER FROMDEPOSIT SYSTEMACCOUNT 0002389036 | |
| 01/13 | Preauthorized Credit | 52,701.59 |
| | PAY THEORYSETTLEMENT260113 0167D386-A9E9-4 | |
| 01/13 | Preauthorized Credit | 19,148.57 |
| | PAY THEORYSETTLEMENT260113 0167D386-A9E9-4 | |
| 01/13 | Preauthorized Credit | 744.00 |
| | PAY THEORYSETTLEMENT260113 0167D386-A9E9-4 | |
| 01/13 | Remote Deposit | 69,699.19 |
| 01/13 | Remote Deposit | 4,818.50 |
| 01/13 | Remote Deposit | 1,123.63 |
| 01/13 | Remote Deposit | 252.96 |
| 01/13 | Remote Deposit | 32.07 |


120 S. LaSalle Street
Chicago, IL 60603

**BUSINESS CHECKING  (continued)**

## Credits (continued)

| Date | Description | Additions |
|------|-------------|----------:|
| 01/14 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 48,794.71 |
| 01/14 | Preauthorized Credit<br>PAY THEORYSETTLEMENT260114<br>0167D386-A9E9-4 | 14,157.61 |
| 01/15 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 1,402.90 |
| 01/16 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 11,496.89 |
| 01/16 | Preauthorized Credit<br>PAY THEORYSETTLEMENT260116<br>0167D386-A9E9-4 | 4,176.40 |
| 01/20 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 34,142.63 |
| 01/21 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 560,376.20 |
| 01/21 | Preauthorized Credit<br>PAY THEORYSETTLEMENT260121<br>0167D386-A9E9-4 | 15,792.77 |
| 01/22 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 8,661.63 |
| 01/22 | Remote Deposit | 122,312.63 |
| 01/22 | Remote Deposit | 563.27 |
| 01/22 | Remote Deposit | 500.00 |
| 01/22 | Remote Deposit | 199.29 |
| 01/23 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 8,002.80 |
| 01/23 | Preauthorized Credit<br>PAY THEORYSETTLEMENT260123<br>0167D386-A9E9-4 | 1,865.00 |
| 01/26 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 13,462.48 |
| 01/27 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 51,174.81 |
| 01/27 | Preauthorized Credit<br>PAY THEORYSETTLEMENT260127<br>0167D386-A9E9-4 | 2,031.50 |
| 01/27 | Preauthorized Credit<br>PAY THEORYSETTLEMENT260127<br>0167D386-A9E9-4 | 1,885.00 |
| 01/27 | Remote Deposit | 23,814.99 |
| 01/27 | Remote Deposit | 513.60 |
| 01/27 | Remote Deposit | 106.00 |
| 01/28 | Automatic Transfer<br>TRANSFER FROMDEPOSIT SYSTEMACCOUNT<br>0002389036 | 32,352.95 |
| 01/28 | Remote Deposit | 115,159.53 |



120 S. LaSalle Street
Chicago, IL 60603

**BUSINESS CHECKING  (continued)**

## Credits (continued)

| Date | Description | Additions |
|---|---|---|
| 01/29 | Automatic Transfer | 387,185.43 |
| | TRANSFER FROMDEPOSIT SYSTEMACCOUNT | |
| | 0002389036 | |
| 01/29 | Preauthorized Credit | 250.00 |
| | PAY THEORYSETTLEMENT260129 | |
| | 0167D386-A9E9-4 | |
| 01/30 | Automatic Transfer | 20,151.44 |
| | TRANSFER FROMDEPOSIT SYSTEMACCOUNT | |
| | 0002389036 | |
| 01/30 | Preauthorized Credit | 2,553.82 |
| | PAY THEORYSETTLEMENT260130 | |
| | 0167D386-A9E9-4 | |
| 01/30 | Remote Deposit | 16,820.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/31 | 2,229,032.80 | 01/13 | 2,029,236.57 | 01/23 | 2,008,058.42 |
| 01/02 | 2,207,849.79 | 01/14 | 2,019,960.80 | 01/26 | 2,020,845.70 |
| 01/05 | 2,330,163.96 | 01/15 | 1,982,038.78 | 01/27 | 2,082,541.64 |
| 01/06 | 2,345,832.08 | 01/16 | 1,996,866.90 | 01/28 | 2,220,589.86 |
| 01/07 | 2,819,515.31 | 01/20 | 2,023,830.94 | 01/29 | 2,596,326.35 |
| 01/08 | 2,181,347.14 | 01/21 | 2,561,649.55 | 01/30 | 2,591,390.42 |
| 01/09 | 2,210,842.32 | 01/22 | 2,024,625.56 | 01/31 | 2,591,390.42 |
| 01/12 | 2,116,348.82 | | | | |

## Overdraft/Return Item Summary

| Description | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items | $0.00 | $0.00 |


120 S. LaSalle Street
Chicago, IL 60603

 

Check # 0040, Posted 01/08/26, Amount 3,872.55    Check # 0040, Posted 01/08/26, Amount 3,872.55

 

Check # 0048, Posted 01/07/26, Amount 4,500.00    Check # 0048, Posted 01/07/26, Amount 4,500.00

 

Check # 0049, Posted 01/05/26, Amount 71.10    Check # 0049, Posted 01/05/26, Amount 71.10

 

Check # 0051, Posted 01/15/26, Amount 160.00    Check # 0051, Posted 01/15/26, Amount 160.00

 

Check # 0057, Posted 01/09/26, Amount 3,281.62    Check # 0057, Posted 01/09/26, Amount 3,281.62

 

Check # 0058, Posted 01/08/26, Amount 4,676.80    Check # 0058, Posted 01/08/26, Amount 4,676.80

# CIBC◆

120 S. LaSalle Street
Chicago, IL 60603

CEDAR HAVEN ACQUISITION LLC
Statement Ending:      January 31, 2026
Page 8 of 20



Check # 0065, Posted 01/02/26, Amount 3,661.75     Check # 0065, Posted 01/02/26, Amount 3,661.75




Check # 0068, Posted 01/05/26, Amount 300.00     Check # 0068, Posted 01/05/26, Amount 300.00




Check # 0069, Posted 01/02/26, Amount 4,277.97     Check # 0069, Posted 01/02/26, Amount 4,277.97




Check # 0070, Posted 01/06/26, Amount 400.35     Check # 0070, Posted 01/06/26, Amount 400.35




Check # 0071, Posted 01/05/26, Amount 751.54     Check # 0071, Posted 01/05/26, Amount 751.54




Check # 0072, Posted 01/05/26, Amount 751.54     Check # 0072, Posted 01/05/26, Amount 751.54



120 S. LaSalle Street
Chicago, IL 60603





Check # 0073, Posted 01/08/26, Amount 26.50

Check # 0073, Posted 01/08/26, Amount 26.50





Check # 0074, Posted 01/05/26, Amount 1,690.00

Check # 0074, Posted 01/05/26, Amount 1,690.00





Check # 0076, Posted 01/05/26, Amount 368.90

Check # 0076, Posted 01/05/26, Amount 368.90





Check # 0077, Posted 01/08/26, Amount 64.00

Check # 0077, Posted 01/08/26, Amount 64.00





Check # 0078, Posted 01/06/26, Amount 253.58

Check # 0078, Posted 01/06/26, Amount 253.58





Check # 0079, Posted 01/05/26, Amount 2,342.38

Check # 0079, Posted 01/05/26, Amount 2,342.38



120 S. LaSalle Street
Chicago, IL 60603



Check # 0080, Posted 01/08/26, Amount 3,716.88        Check # 0080, Posted 01/08/26, Amount 3,716.88

 

Check # 0081, Posted 01/06/26, Amount 432.48        Check # 0081, Posted 01/06/26, Amount 432.48

 

Check # 0082, Posted 01/05/26, Amount 718.81        Check # 0082, Posted 01/05/26, Amount 718.81

 

Check # 0083, Posted 01/07/26, Amount 4,756.97        Check # 0083, Posted 01/07/26, Amount 4,756.97

 

Check # 0084, Posted 01/12/26, Amount 1,133.00        Check # 0084, Posted 01/12/26, Amount 1,133.00

 

Check # 0085, Posted 01/05/26, Amount 2,032.94        Check # 0085, Posted 01/05/26, Amount 2,032.94



120 S. LaSalle Street
Chicago, IL 60603





Check # 0086, Posted 01/05/26, Amount 2,075.60

Check # 0086, Posted 01/05/26, Amount 2,075.60





Check # 0088, Posted 01/05/26, Amount 329.49

Check # 0088, Posted 01/05/26, Amount 329.49





Check # 0090, Posted 01/05/26, Amount 793.95

Check # 0090, Posted 01/05/26, Amount 793.95





Check # 0091, Posted 01/06/26, Amount 1,190.13

Check # 0091, Posted 01/06/26, Amount 1,190.13





Check # 0092, Posted 01/05/26, Amount 3,100.00

Check # 0092, Posted 01/05/26, Amount 3,100.00





Check # 0093, Posted 01/05/26, Amount 10,517.67

Check # 0093, Posted 01/05/26, Amount 10,517.67







Check # 0094, Posted 01/27/26, Amount 1,380.41

Check # 0094, Posted 01/27/26, Amount 1,380.41





Check # 0095, Posted 01/12/26, Amount 264.66

Check # 0095, Posted 01/12/26, Amount 264.66





Check # 0096, Posted 01/23/26, Amount 904.20

Check # 0096, Posted 01/23/26, Amount 904.20





Check # 0097, Posted 01/06/26, Amount 9,933.55

Check # 0097, Posted 01/06/26, Amount 9,933.55





Check # 0098, Posted 01/05/26, Amount 5,341.51

Check # 0098, Posted 01/05/26, Amount 5,341.51





Check # 0099, Posted 01/05/26, Amount 14,971.62

Check # 0099, Posted 01/05/26, Amount 14,971.62



120 S. LaSalle Street
Chicago, IL 60603



Check # 0100, Posted 01/06/26, Amount 101.50          Check # 0100, Posted 01/06/26, Amount 101.50



Check # 0101, Posted 01/07/26, Amount 270.30          Check # 0101, Posted 01/07/26, Amount 270.30



Check # 0102, Posted 01/09/26, Amount 272.95          Check # 0102, Posted 01/09/26, Amount 272.95



Check # 0104, Posted 01/07/26, Amount 530.00          Check # 0104, Posted 01/07/26, Amount 530.00



Check # 0105, Posted 01/02/26, Amount 5,205.47          Check # 0105, Posted 01/02/26, Amount 5,205.47



Check # 0106, Posted 01/14/26, Amount 569.53          Check # 0106, Posted 01/14/26, Amount 569.53



120 S. LaSalle Street
Chicago, IL 60603

 

Check # 0107, Posted 01/09/26, Amount 3,771.84     Check # 0107, Posted 01/09/26, Amount 3,771.84

 

Check # 0108, Posted 01/08/26, Amount 4,530.40     Check # 0108, Posted 01/08/26, Amount 4,530.40

 

Check # 0109, Posted 01/13/26, Amount 278.00     Check # 0109, Posted 01/13/26, Amount 278.00

 

Check # 0110, Posted 01/13/26, Amount 48.00     Check # 0110, Posted 01/13/26, Amount 48.00

 

Check # 0111, Posted 01/12/26, Amount 1,942.17     Check # 0111, Posted 01/12/26, Amount 1,942.17

 

Check # 0112, Posted 01/14/26, Amount 3,833.20     Check # 0112, Posted 01/14/26, Amount 3,833.20



120 S. LaSalle Street
Chicago, IL 60603





Check # 0113, Posted 01/13/26, Amount 161.80

Check # 0113, Posted 01/13/26, Amount 161.80





Check # 0114, Posted 01/21/26, Amount 3,015.23

Check # 0114, Posted 01/21/26, Amount 3,015.23





Check # 0115, Posted 01/13/26, Amount 401.73

Check # 0115, Posted 01/13/26, Amount 401.73





Check # 0116, Posted 01/07/26, Amount 500.00

Check # 0116, Posted 01/07/26, Amount 500.00





Check # 0117, Posted 01/13/26, Amount 1,376.57

Check # 0117, Posted 01/13/26, Amount 1,376.57





Check # 0118, Posted 01/22/26, Amount 299.75

Check # 0118, Posted 01/22/26, Amount 299.75



120 S. LaSalle Street
Chicago, IL 60603

ORIGINAL DOCUMENT PRINTED WITH MICROPRINTED BORDER ON FRONT AND SECURE DOCUMENT WATERMARKS ON BACK - HOLD AT ANGLE TO VIEW.

Cedar Haven Healthcare Center
590 South Fifth Avenue
Lebanon, PA 17042-9154

CIBC    119
Date: 01/07/2026

Pay To
The Order Of Think IT
***Twenty Five Thousand Dollars***    $**25,000.00**

Think IT
4 Fairway Drive4 Fairway Drive
Jackson, NJ 08527
United States

For Deposit Only - JPMC

Check # 0119, Posted 01/08/26, Amount 25,000.00    Check # 0119, Posted 01/08/26, Amount 25,000.00

---

ORIGINAL DOCUMENT PRINTED WITH MICROPRINTED BORDER ON FRONT AND SECURE DOCUMENT WATERMARKS ON BACK - HOLD AT ANGLE TO VIEW.

Cedar Haven Healthcare Center
590 South Fifth Avenue
Lebanon, PA 17042-9154

CIBC    120
Date: 01/07/2026

Pay To
The Order Of Think IT
***Ten Thousand Six Hundred Nine Dollars***    $**10,609.00**

Think IT
4 Fairway Drive4 Fairway Drive
Jackson, NJ 08527
United States

For Deposit Only - JPMC

Check # 0120, Posted 01/08/26, Amount 10,609.00    Check # 0120, Posted 01/08/26, Amount 10,609.00

---

THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

Cedar Haven Healthcare Center
590 South Fifth Avenue
Lebanon, PA 17042-9154

CIBC    121
Date: 01/08/2026

Pay To
The Order Of Home Improvement Outlet Inc
***One Thousand Seven Hundred One Dollars and 30 Cents***    $**1,701.30**

Home Improvement Outlet Inc
615 East Walnut St
Lebanon, PA 17042
United States

Check # 0121, Posted 01/12/26, Amount 1,701.30    Check # 0121, Posted 01/12/26, Amount 1,701.30

---

ORIGINAL DOCUMENT PRINTED WITH MICROPRINTED BORDER ON FRONT AND SECURE DOCUMENT WATERMARKS ON BACK - HOLD AT ANGLE TO VIEW.

Cedar Haven Healthcare Center
590 South Fifth Avenue
Lebanon, PA 17042-9154

CIBC    122
Date: 01/08/2026

Pay To
The Order Of Barley Snyder LLP
***Thirty Three Thousand Two Hundred Ninety Dollars and 50 Cents***    $**33,290.50**

Barley Snyder LLP
126 East King Street
Lancaster, PA 17602
United States

Check # 0122, Posted 01/15/26, Amount 33,290.50    Check # 0122, Posted 01/15/26, Amount 33,290.50

---

ORIGINAL DOCUMENT PRINTED WITH MICROPRINTED BORDER ON FRONT AND SECURE DOCUMENT WATERMARKS ON BACK - HOLD AT ANGLE TO VIEW.

Cedar Haven Healthcare Center
590 South Fifth Avenue
Lebanon, PA 17042-9154

CIBC    123
Date: 01/08/2026

Pay To
The Order Of Samaritan Fund Program
***Fifty Five Thousand Dollars***    $**55,000.00**

Samaritan Fund Program
3121 21st Street
Metairie, LA 70002
United States

Check # 0123, Posted 01/13/26, Amount 55,000.00    Check # 0123, Posted 01/13/26, Amount 55,000.00

---

ORIGINAL DOCUMENT PRINTED WITH MICROPRINTED BORDER ON FRONT AND SECURE DOCUMENT WATERMARKS ON BACK - HOLD AT ANGLE TO VIEW.

Cedar Haven Healthcare Center
590 South Fifth Avenue
Lebanon, PA 17042-9154

CIBC    124
Date: 01/08/2026

Pay To
The Order Of Retirement Home Tv Corporation
***One Thousand Six Hundred Seventy Five Dollars and 85 Cents***    $**1,675.85**

Retirement Home Tv Corporation
4604 Arden Drive
Fort Wayne, IN 46804
United States

For Deposit only to
account 4623000849
RETIREMENT HOME TV CORPORATION
Loc: Headquarters

IF DISHONOURED RETURN TO:
<0310-0005>
Date: 2026-01-16

Check # 0124, Posted 01/20/26, Amount 1,675.85    Check # 0124, Posted 01/20/26, Amount 1,675.85






Check # 0126, Posted 01/21/26, Amount 400.00 | Check # 0126, Posted 01/21/26, Amount 400.00





Check # 0127, Posted 01/15/26, Amount 500.00 | Check # 0127, Posted 01/15/26, Amount 500.00





Check # 0128, Posted 01/21/26, Amount 22,591.27 | Check # 0128, Posted 01/21/26, Amount 22,591.27





Check # 0129, Posted 01/23/26, Amount 17,850.00 | Check # 0129, Posted 01/23/26, Amount 17,850.00





Check # 0130, Posted 01/20/26, Amount 5,502.74 | Check # 0130, Posted 01/20/26, Amount 5,502.74





Check # 0131, Posted 01/23/26, Amount 6,305.98 | Check # 0131, Posted 01/23/26, Amount 6,305.98



120 S. LaSalle Street
Chicago, IL 60603

 

Check # 0132, Posted 01/23/26, Amount 78.32 · Check # 0132, Posted 01/23/26, Amount 78.32

 

Check # 0133, Posted 01/22/26, Amount 9,270.00 · Check # 0133, Posted 01/22/26, Amount 9,270.00

 

Check # 0134, Posted 01/30/26, Amount 616.46 · Check # 0134, Posted 01/30/26, Amount 616.46

 

Check # 0135, Posted 01/30/26, Amount 606.89 · Check # 0135, Posted 01/30/26, Amount 606.89

 

Check # 0136, Posted 01/26/26, Amount 675.20 · Check # 0136, Posted 01/26/26, Amount 675.20

 

Check # 0137, Posted 01/28/26, Amount 584.53 · Check # 0137, Posted 01/28/26, Amount 584.53

# CIBC◆

120 S. LaSalle Street
Chicago, IL 60603

CEDAR HAVEN ACQUISITION LLC
Statement Ending:    January 31, 2026
Page 19 of 20



Check # 0138, Posted 01/29/26, Amount 4,630.96



Check # 0138, Posted 01/29/26, Amount 4,630.96



Check # 0140, Posted 01/29/26, Amount 637.41



Check # 0140, Posted 01/29/26, Amount 637.41



Check # 0141, Posted 01/29/26, Amount 2,213.58



Check # 0141, Posted 01/29/26, Amount 2,213.58



Check # 0142, Posted 01/29/26, Amount 3,952.00



Check # 0142, Posted 01/29/26, Amount 3,952.00



Check # 0143, Posted 01/23/26, Amount 500.00



Check # 0143, Posted 01/23/26, Amount 500.00



Check # 99417098, Posted 01/06/26, Amount 1,042.92



Check # 99417098, Posted 01/06/26, Amount 1,042.92



120 S. LaSalle Street
Chicago, IL 60603

99531936

Charge To: Care Cedar          87IWCZ0GTANRZ4          01/22/26
                                                        01222000220

Pay to the order of: AMAZON BUSINESS                    $796.44
SEVEN HUNDRED NINETY-SIX AND 44/100                    DOLLARS

ABA 071006486    Account 0002417104          Pre-Authorized Payment

⑈99531936⑈ ⑊071006486⑈ ⑈000 2417104⑈ ⑈0000079644⑈

Check # 99531936, Posted 01/23/26, Amount 796.44

Check # 99531936, Posted 01/23/26, Amount 796.44

99627717

Charge To: Care Cedar          87IWCZ0GTH9LJ9          01/28/26
                                                        01285000136

Pay to the order of: AMAZON BUSINESS                    $264.99
TWO HUNDRED SIXTY-FOUR AND 99/100                      DOLLARS

ABA 071006486    Account 0002417104          Pre-Authorized Payment

⑈99627717⑈ ⑊071006486⑈ ⑈000 2417104⑈ ⑈0000026499⑈

Check # 99627717, Posted 01/29/26, Amount 264.99

Check # 99627717, Posted 01/29/26, Amount 264.99