Robert E. Chernicoff
Bruce J. Warshawsky
David B. Dowling
Olivia Unger Bort
Joseph M. Kanfer

Of Counsel
Amy J. Ginsberg

# CUNNINGHAM, CHERNICOFF & WARSHAWSKY, P.C.
### ATTORNEYS AT LAW
P.O. BOX 60457
HARRISBURG, PA 17106-0457
_____
TELEPHONE: (717) 238-6570
FAX: (717) 238-4809

Jordan D. Cunningham
(1951-2022)

IRS No. 23-2274135

Street Address:
2320 North Second Street
Harrisburg, PA 17110

Sender's Email
rec@cclawpc.com

March 25, 2026

**VIA ELECTRONIC FILING**
The Honorable Henry W. VanEck
United States Bankruptcy Court
   For the Middle District of Pennsylvania
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

> **RE:   Cedar Haven Acquisition, LLC**
> **Case No. 26-118 – Motion to Approve Sale Procedures**
> **Our File No. 900526**

Dear Judge VanEck:

Enclosed is a revised Sale Procedures Order (redline copy and clean copy) which reflects comments and changes from the counsel who were involved in the last hearing. We intend to present this Order at the continued Sale Procedures hearing set for April 26, 2026.

Sincerely yours,

CUNNINGHAM, CHERNICOFF &
WARSHAWSKY, P.C.

s/ *Robert E. Chernicoff*
Robert E. Chernicoff

REC/jmb
Enclosure
c:   Joseph P. Schalk, Esquire
     Timothy Fox
     Christopher R. Momjian
     Mark E. Felger, Esquire
     Frederick E. Schmidt, Jr., Esquire
     Leon P. Haller
     Michael Flanagan

Page 2
February 13, 2026

Joseph M. Kanfer, Esquire