# Notice Recipients

District/Off: 0314–1          User: AutoDocketer          Date Created: 3/30/2026

Case: 1:26–bk–00118–HWV          Form ID: pdf010          Total: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Leon P. Haller | lhaller@pkh.com |
| aty | Christopher R Momjian | crmomjian@attorneygeneral.gov |
| aty | Jeffrey D. Sternklar | jeffrey@sternklarlaw.com |
| aty | Joseph P Schalk | joseph.schalk@usdoj.gov |
| aty | Mark E Felger | mfelger@cozen.com |
| aty | Robert E Chernicoff | rec@cclawpc.com |
| aty | Timothy J Fox, Jr | timothy.fox@usdoj.gov |

TOTAL: 7