IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:26-bk-00118-HWV |
| CEDAR HAVEN ACQUISITION, | : | |
| LLC | : | Chapter 11 |
| Debtor | : | |
| | : | |

## ORDER

The First Interim Chapter 11 Application of Cunningham, Chernicoff & Warshawsky, P.C. for Allowance of Compensation out of the estate of Debtor-in-Possession this day coming to be heard, pursuant to notice and opportunity for hearing thereon given by the Court, and the Court having duly considered such Application, together with its supporting papers, and having considered the evidence presented and Cunningham, Chernicoff & Warshawsky, P.C. is waiving $400.00 in pre-Petition charges, and further lowering the amount of this Application, thereby reducing the amount of its Fee Application by a total of $1,600.00, it is

**HEREBY ORDERED** that the Application of Cunningham, Chernicoff & Warshawsky, P.C. as attorneys for the Debtor-in-Possession, for allowance of $40,549.50 for services and $3,735.00 for expenses, totaling $44,284.50 be, and the same hereby are allowed, the amounts claimed being considered fair and reasonable; that the amounts herein allowed to the Applicant are to be allowed as costs of administration in the case herein and to be paid by the Receiver upon entry of this Order.  The Applicant may apply the retainer previously paid to it to the fees approved in this Order.