Stone Barn

April 30, 2026

Your Honor,

I respectfully submit this letter to provide the Court with additional context and perspective regarding the Chapter 11 proceedings for Cedar Haven, with particular attention to the interests of its creditors, employees, current residents and their families, and the broader Lebanon community. I write this with the understanding that there has been at least one qualified overbid in the upcoming sale and that an auction will take place tomorrow. I am hopeful that the bidding will result in a fair price for the Debtor's business (one well above the $100,000 bid initially received by the Debtor).

My goal, like the Court's, is to support a resolution that delivers the strongest possible outcome for all stakeholders—creditors, those who depend on Cedar Haven today and the community it has long served. To that end, I believe it would be helpful to provide some historical and operational context.

**Background and Operational Turnaround**

Stone Barn acquired the Cedar Haven skilled nursing facility business from Lebanon County in 2014. At the time, the operation had experienced chronic financial underperformance for many years. In our first year as owner-operator, we implemented improved operating systems, strengthened internal and external communications, and built constructive relationships with the County Commissioners, Ombudsman, Area Agency on Aging, Department of Health, and other local support organizations. These changes produced a swift turnaround, generating a net profit of approximately $99,000—an improvement of several million dollars relative to prior performance. The following year, profitability rose to roughly $1 million.

**Response to Significant External Challenges**

In October 2017, a labor action resulted in approximately half the nursing staff walking off mid-shift. The State approved unemployment benefits for the striking employees for the following six months. To protect resident care and safety, I personally advanced **$3.2 million** to secure agency nursing staff (many traveling from across the country), 24/7 security, and other emergency measures. The workforce was subsequently rebuilt.

**STONE BARN**
PO Box 154
Madison, ME 04950
https://stonebarnholdings.com



The COVID-19 pandemic and its aftermath (2020–2024) created even greater strain. Resident census fell dramatically—from 300 residents (92.6% occupancy) in early 2020 to approximately 160 residents (49.3% occupancy) by late 2024. Despite sharply reduced revenue and heightened regulatory demands, Stone Barn and Cedar Haven's leadership team responded decisively:

- We completed extensive, primarily in-house renovations to convert most quadruple rooms to semi-private and private rooms and to modernize resident rooms, furnishings, lighting, artwork, hallways, nursing stations, dining and activity areas, the lobby, entrance, and common spaces. These improvements meaningfully enhanced resident comfort, dignity, safety, and the facility's appeal in a competitive local market.

- During this period of severely constrained cash flow, Cedar Haven Acquisition ("CHA") was unable to fully meet its Pennsylvania Nursing Facility Assessment ("bed tax") obligations. We proactively contacted the State, immediately began paying a minimum of **$25,000 per week** against the outstanding balance, and continued these weekly payments for over one year returning a total of $1.6 million to the Commonwealth.

- CHA's manager, Stone Barn Holdings, Inc. ("Stone Barn") deferred **$1.9 million** in management fees owed to it to preserve liquidity, fund improvements, and support operational recovery.

These actions demonstrate that CHA successfully navigated multiple "force majeure" events—labor disruption, a global pandemic, and related reimbursement pressures—while continuing to prioritize resident care, employee stability, community and partner obligations.

**Value of the Operating Business**
When the Debtor filed its motion seeking approval of procedures to sell the Debtor's assets and ARBA's real estate, allocating only $100,000 of the $27 million combined sale price to the Debtor's business (with the remainder to the landholder ARBA), I was compelled to ask: what is the factual and equitable basis for that recommendation? The suggestion appears to rest on sales in other Central Pennsylvania skilled nursing cases rather than the specific history, investments, and demonstrated resilience of Cedar Haven under our operation and Cedar Haven's value to Lebanon County.  As stated above, I am hopeful that the auction will yield a result far above the $100,000 stalking horse price for the Debtor's assets.

**STONE BARN**
PO Box 154
Madison, ME 04950
https://stonebarnholdings.com



Under Stone Barn's leadership, Cedar Haven achieved measurable improvements in operations, physical plant, quality of care, and community standing. These gains were interrupted—not caused—by extraordinary external events. Cedar Haven was awarded the distinction of "Lebanon Valley's Best Nursing Home" for 2023, 2024, and 2025.  The facility underwent major renovations, including repainting, new bedding and décor, and reducing many of the rooms to a 2-bed configuration.  As a result, Cedar Haven was able to increase its census from approximately 230 at the end of 2024 to approximately 275 prior to the receivership and the commencement of this case.  The business retains substantial going-concern value to employees, residents, families, creditors, and the Lebanon community.

**Conclusion**

Stone Barn and CHA have materially strengthened Cedar Haven's operations and quality of care—improvements widely recognized in the community. We consistently placed residents, employees, and the public interest ahead of our own financial position as we bridged challenges entirely outside our control. The economic difficulties that arose were the direct result of these external forces, not any inherent lack of value in the business.

I respectfully ask the Court to consider the full record of our stewardship, the significant value created for all stakeholders, and the true worth of the operating business when evaluating the proposed sale.

Thank you for your time, attention, and leadership in this important matter.

Respectfully submitted,

Chas B Blalack
Owner / Operator
Stone Barn, Cedar Haven Acquisition and Fremont Lake

STONE BARN
PO Box 154
Madison, ME 04950
https://stonebarnholdings.com