IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:26-bk-00118-HWV |
| CEDAR HAVEN ACQUISITION, | : | |
| LLC | : | Chapter 11 |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

      I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on May 4, 2026, a true and correct copy of the **TRUSTEE'S NOTICE OF AUCTION SALE RESULTS AND MOTION TO APPROVE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Joseph P. Schalk, Esquire
United States Department of Justice
Office of the United States Trustee
Middle District of Pennsylvania
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street, Box 302
Harrisburg, PA 17102

Timothy Fox
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Leon P. Haller
Purcell, Krug and Haller
1719 North Front Street
Harrisburg, PA 17102

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

PA Department of Revenue
Bureau of Compliance
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Bureau of Employer Tax Operations
Labor & Industry Bldg
651 Boas Street, Room 702
Harrisburg, PA 17106-8568

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

United States Attorney
Federal Bldg
1501 North 6th Street
Harrisburg, PA 17102

Securities Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

United States Department of Health
& Human Services
200 Independence Ave., SW
Washington, DC 20201

Pennsylvania Department
of Human Services
Office of Administration
P.O. Box 2675
Harrisburg, PA  17120

Pennsylvania Department of Health
625 Forster St
8th Floor West, HHS Building
Harrisburg, PA 17120

United States Dept. of Housing
& Urban Dev.
451 7th St., SW
Washington, DC 20410

Michael F. Flanagan
Flanagan & Associates LLC
14005 Outlook
Overland Park, KS 66223

Christopher R. Momjian
Office of Attorney General
Senior Deputy Attorney General
Financial Enforcement Section
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103

Christopher J. Churchill, Esquire
Scott F. Landis, Esquire
Barley Snyder
126 East King Street
Lancaster, PA  17602

Ryann Loftus
Assistant U.S. Attorney
P.O. Box 309
Scranton, PA 18501

Chelsea E. Summers
Office of Attorney General
Deputy Attorney General
Financial Enforcement Section
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103

Anthony Higgins
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568

Mark E. Felger, Esquire
Cozen O'Connor
1201 N Market Street, Suite 1001
Wilmington, DE 19801

Frederick E. Schmidt, Jr., Esquire
Cozen O'Connor
3 WTC 55th Floor
175 Greenwich Street
New York, NY  10007

  s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire