IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CEDAR HAVEN ACQUISITION, LLC<br><br>Debtor. | Case No. 1:26-bk-00118-HWV<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE REGARDING
CHARLES BLALACK AND STONE BARN MANAGEMENT, LLC'S
<u>LIMITED OBJECTION TO PROPOSED SALE PROCEDURES</u>**

I, Mark E. Felger, counsel for Charles Blalack and Stone Barn Management, LLC, hereby certify that on May 4, 2026 I caused *Charles Blalack and Stone Barn Management, LLC's Limited Objection to Proposed Sale Procedures* (the "<u>Objection</u>") to be electronically filed and the Objection is available for viewing and downloading from the Court's Case Management/ Electronic Case Files system (CM/ECF). Participants in the above-captioned case that are registered CM/ECF users will be served electronically by the CM/ECF system.

I further certify that on May 4, 2026 I caused a copy of the Objection to be served via email transmission on the parties identified on the service list attached hereto as Exhibit "A" unless otherwise indicated.

Dated: May 4, 2026

COZEN O'CONNOR

*/s/ Mark E. Felger*
Mark E. Felger
(PA Bar I.D. 56266)
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2000
Email: mfelger@cozen.com

*Counsel for Charles Blalack and
Stone Barn Management, LLC*

LEGAL\115238172\1

EXHIBIT "A"

**<u>Service Via Email Transmission</u>**

Benjamin Hackman, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Benjamin.A.Hackman@usdoj.gov

Joseph P. Schalk, Esq.,
Office of the United States Trustee
Middle District of Pennsylvania
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street, Box 302
Harrisburg, PA 17102
Joseph.Schalk@usdoj.gov

Robert E. Chernicoff, Esq.
Cunningham and Chernicoff PC
2320 North Second Street
Harrisburg, PA 17110
rec@cclawpc.com
*Counsel for Debtor*

Leon P. Haller, Esq.
Purcell, Krug and Haller
1719 North Front Street
Harrisburg, PA 17102
lhaller@pkh.com
*Chapter 11 Trustee*

Michael F. Flanagan
Flanagan & Associates LLC
14005 Outlook
Overland Park, KS 66223
mikeflanagan@mfllc.com
*Receiver*

2

LEGAL\115238172\1

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
crmomjian@attorneygeneral.gov
***Counsel for Commonwealth of PA Department of Human Services***

Chelsea E. Summers, Esquire
Deputy Attorney General
Office of Attorney General
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
csummers@attorneygeneral.gov
***Counsel for Commonwealth of PA Department of Human Services***

Ryann D. Loftus, Esquire
Assistant U.S. Attorney
P.O. Box 309
Scranton, PA 18501
Ryann.Loftus@usdoj.gov
***Counsel for United States Internal Revenue Service
and United States of America***

Christopher J. Churchill, Esquire
Scott F. Landis, Esquire
Barley Snyder
126 East King Street
Lancaster, PA 17602
cchurchill@barley.com
slandis@barley.com

590 5th Avenue LLC
6300 Wilshire Blvd. #1800
Los Angeles, CA 90048
Attn: Ira Semdra
Ira@thearbagroup.com

Capozzi Adler, PC
355 N 21st Street
Suite 205
Camp Hill, PA 17011
Attn: Craig I. Adler, Esquire
craiga@capozziadler.com

LEGAL\115238172\1

590 South Fifth Propco LLC
111 S Franklin Avenue, Unit 1360
Valley Stream, NY 11582
Attn: Joseph Glatzer
jglatzer@phg-us.com

NBC Law LLP
The Chrysler Building
430 Lexington Avenue
New York, NY 10017
Attn: Brett Burnbaum, Esq.
bburnbaum@nbclaw.com

**<u>Service Via U.S. First Class Mail</u>**

Margaret Barajas
State LTC Ombudsman
555 Walnut Street, Fifth Floor
Harrisburg, PA 17101

Commonwealth Of Pa - Ucts
Department Of Labor And Industry
Collections Support Unit
651 Boas St, Room 925
Harrisburg, Pa 17121

4

LEGAL\115238172\1