**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

**CEDAR HAVEN ACQUISITION, LLC,**
Debtor

No. 1:26-bk-00118-HWV

Chapter 11

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher R. Momjian, hereby certify that the *Objection Of The Commonwealth Of Pennsylvania, Department Of Human Services To Trustee's Notice Of Auction Sale Results And Motion To Approve Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances, And Other Interests* has been filed electronically on May 4, 2026, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: May 4, 2026

Respectfully submitted,

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: (215) 560-2424
E-mail: crmomjian@attorneygeneral.gov

By: *Christopher R. Momjian*
CHRISTOPHER R. MOMJIAN
Senior Deputy Attorney General
PA ID No. 57482

*Counsel for Commonwealth of Pennsylvania,*
*Department of Human Services*