IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                 :   Case No. 1:26-bk-00118-HWV
CEDAR HAVEN ACQUISITION,   :
LLC,                   :       Chapter 11
           Debtor     :
                     :

## DECLARATION OF CRAIG I. ADLER, ESQUIRE

Craig I. Adler, Esquire hereby declares and states that in connection with the Cedar Haven Acquisition, LLC bankruptcy sale as follows:

1. I am a Shareholder and Employee at the law firm of Capozzi Adler, PC with offices in Camp Hill, Pennsylvania. My work at the law firm includes, real estate matters, title insurance and coordination of real estate transactions, particularly in relation to nursing homes. I spend more than 90 percent of my time working on Capozzi Adler, PC matters for Capozzi Adler, PC clients.

2. I am also Of Counsel with The NBC Law Firm, which is located in New York, New York. My work on behalf of NBC Law is to provide advice for real estate and title insurance matters to clients referred by NBC Law. I am not an Employee of NBC Law. I spend less than 10% of my time working on NBC Law matters for NBC Law clients.

3. I have reviewed the Pennsylvania Rules of Professional Conduct and believe that any possible conflict of interest has been properly waived in that informed consent was given by 590 South 5th Avenue, LLC ("Real Estate Seller") and 590 South 5th Propco LLC and Cedar Haven Healthcare Center LLC (collectively, the "Buyer").

4. Brett Burnbaum and Edward Burnbaum ("NBC Partners"), both partners with NBC Law have been representing the Buyer in connection with this matter from its inception. Both have extensive experience in the representation of nursing home clients and have an attorney client relationship with the Buyer's affiliates which substantially predates the transaction in question.

5.    I did not consult with or advise Buyer or the NBC Partners in connection with this transaction, other than in the context of negotiating the Asset Purchase Agreement and Operations Transfer Agreement, in the course of my representation of Seller.

6.    My compensation in relation to this transaction has solely been paid by the Seller and no compensation in relation thereto came from the Buyer. Mid-Penn Abstract Company, which is wholly owned by Capozzi Adler, PC is listed on the Asset Purchase Agreement as the party to issue Title Insurance and it is anticipated that the title company will receive a title insurance premium at the closing for the transaction.

This Declaration is made pursuant to 28 U.S.C. §1746.

Craig I. Adler, Esquire
Capozzi Adler, PC
355 N. 21st Street, Suite 205
Camp Hill, PA 17011
7`17-234-3289
craiga@capozziadler.com

Date: 5/15/25

2