IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :   Case No. 1:26-bk-00118-HWV
CEDAR HAVEN ACQUISITION,                  :
LLC,                                      :        Chapter 11
                          Debtor          :
                                          :

## DECLARATION OF LEON P. HALLER, CHAPTER 11 TRUSTEE

Leon P. Haller hereby declares and states that in connection with the Cedar Haven Acquisition, LLC bankruptcy sale as follows:

1.      I have been appointed as the Chapter 11 Trustee by the United States Bankruptcy Court for the Middle District of Pennsylvania in the above case.

2.      As part of my duties, I have taken part in actions to effectuate a sale of certain assets of Cedar Haven Acquisition, LLC ("Cedar Haven").

3.      I was present at an auction of the assets of Cedar Haven on May 1, 2026. The auction occurred as set forth in the Bid Procedures Order entered by the Bankruptcy Court in this case.

4.      The auction was conducted with the assistance of my special counsel, Robert E. Chernicoff. I assisted Mr. Chernicoff.

5.      Under the procedures of the auction and the conduct of the auction, the sale resulted in an arm's length transaction. Both bidders at the auction acted on their own behalf and had counsel present with respect to the auction. The auction sale occurred vigorously.

6.      I have no knowledge of any role of Attorney Craig Adler with NBC Law. In fact, I don't know anything about NBC Law..

This Declaration is made pursuant to 28 U.S.C. §1746.

_____
Leon P. Haller
Purcell, Krug and Haller
1719 North Front Street
Harrisburg, PA 17102
717 234-4178
lhaller@pkh.com

5/15/26