

May 18, 2026

Re: Cedar Haven Healthcare Center – Valuation Allocation in Support of $40 Million Bundled Auction Sale

Chapter 11 Proceeding – Operating Business Valuation

Honorable Court,

In connection with the proposed $40 million bundled auction sale of Cedar Haven Healthcare Center, a 324-bed skilled nursing facility located in Lebanon, Pennsylvania, the following analysis provides a professional, market-based allocation of value between the real estate and the operating business. This framework is grounded in standard appraisal and investment banking methodologies routinely accepted in bankruptcy proceedings, lender underwriting, and healthcare transaction valuations.

The recommended split — **$24–$27 million (60–68%) for the real estate** and **$13–$16 million (32–40%) for the operating business** — follows industry-standard practice for skilled nursing facilities: (1) independent valuation of the real estate as if leased to a third-party operator at market rent, and (2) assignment of the residual value to the going-concern operations, including the state license, Certificate of Need (CON) rights, furniture, fixtures and equipment (FF&E), working capital, patient base, and normalized post-rent earnings power.

This allocation is supported by three independent but reinforcing pillars: real estate market comparables and income analysis; residual valuation of the operating business; and a financing market reality check. Taken together, these analyses offer a credible, defensible, and conservative basis for concluding that the operating business component of Cedar Haven has a fair market value in the range of **$13 to $16 million**.

STONE BARN
PO Box 154
Madison, ME 04950
https://stonebarnholdings.com



## 1. Real Estate Valuation ($24–$27 Million)

The real estate (land and building) is valued independently at **$24–$27 million**, or approximately **$74,000–$83,000 per bed**. This range is supported by:
- Lebanon County 2026 assessed value of $17.05 million, which typically lags true market value for institutional properties;
- Recent Pennsylvania comparable transactions for similar 1970s/1980s-era Class B/C skilled nursing facilities trading in the $70,000–$90,000 per-bed range for real estate alone;
- Income approach verification using market rents of $25–$35 per bed per day capitalized at current SNF cap rates of 11.5–13%.

The land component alone is estimated at $2–$3 million, consistent with the sizable ~23-acre parcel located near WellSpan Good Samaritan Hospital. In older SNFs, real estate reliably comprises 55–70% of total value because the physical asset provides stable collateral and long-term cash flow security.

## 2. Operating Business Valuation ($13–$16 Million)

The operating business value is derived as the residual after allocating fair-market value to the real estate ($40 million total purchase price minus $24–$27 million real estate = **$13–$16 million**). This component captures the State operating license, CON rights, FF&E, working capital, patient base, goodwill, and the normalized future earnings power of the facility after payment of market rent.

Industry transaction data shows skilled nursing operations (excluding real estate) typically trade at 6–10× normalized EBITDAR. The lower end of the range appropriately reflects the facility's recent Chapter 11 distress, unpaid rent, staffing challenges, and current occupancy of approximately 80–82%. These factors have been normalized in the analysis to reflect sustainable, post-turnaround earning power rather than temporary distress.

**STONE BARN**
PO Box 154
Madison, ME 04950
https://stonebarnholdings.com



### 3. Financing Market Reality Check

Current market financing conditions further validate the $13–$16 million operating business valuation. Lenders routinely provide 70–80% financing on bundled SNF transactions ($28–$32 million loan on the $40 million price), with HUD/FHA 232/223(f) loans being the most common and attractive vehicle.

As of May 2026, typical terms include fixed rates of 5.75–7.0%, 25–35 year amortization, and minimum debt service coverage ratios (DSCR) of 1.25–1.45×. This requires stabilized annual post-rent NOI/EBITDAR of approximately **$2.5 million to $3.5 million** to support the loan. The $13–$16 million operating business valuation is consistent with generating this level of cash flow at standard 6–8× multiples once the facility achieves targeted stabilization (occupancy >85%, improved staffing, and quality metrics). The scale of 324 beds (well above the Pennsylvania average) and favorable location provide a strong foundation for this recovery.

### Conclusion

The **$13–$16 million** valuation for the Cedar Haven operating business is well-supported, market-based, and conservative. It properly separates the stabilized real estate asset from the going-concern operations and aligns with how sophisticated buyers, appraisers, and lenders analyze and finance skilled nursing transactions. This allocation is grounded in publicly available data, tax records, comparable transactions, industry benchmarks, and current financing parameters.

Respectfully submitted,

Chas B Blalack
Owner / Operator
Stone Barn, Cedar Haven Acquisition and Fremont Lake

**STONE BARN**
PO Box 154
Madison, ME 04950
https://stonebarnholdings.com