# Notice Recipients

District/Off: 0314−1      User: AutoDocketer      Date Created: 5/26/2026

Case: 1:26−bk−00118−HWV      Form ID: pdf010      Total: 320

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Leon P. Haller | lhaller@pkh.com |
| aty | Benjamin Hackman | Benjamin.A.Hackman@usdoj.gov |
| aty | Chelsea Summers | csummers@attorneygeneral.gov |
| aty | Christopher R Momjian | crmomjian@attorneygeneral.gov |
| aty | Jeffrey D. Sternklar | jeffrey@sternklarlaw.com |
| aty | John T. Carroll, III | jcarroll@cozen.com |
| aty | Joseph P Schalk | joseph.schalk@usdoj.gov |
| aty | Mark E Felger | mfelger@cozen.com |
| aty | Martin S Kardon | marty@kbklaw.com |
| aty | Robert E Chernicoff | rec@cclawpc.com |
| aty | Ryann D. Loftus | ryann.loftus@usdoj.gov |
| aty | Timothy J Fox, Jr | timothy.fox@usdoj.gov |

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Cedar Haven Acquisition, LLC | 590 South 5th Avenue    Lebanon, PA 17042−9154 |
| cr | US Department of Health and Human Services    Region III    150 S. Independence Mall West    Philadlephia, PA 19106 | |
| cr | COMMONWEALTH OF PA − UCTS    DEPARTMENT OF LABOR AND INDUSTRY    COLLECTIONS SUPPORT UNIT    651 BOAS ST, ROOM 925    HARRISBURG, PA 17121 | |
| cr | c/o Cathy Weaver Estate of Patricia Rothermel    1617 J.F.K. Blvd.    Suite 1080    Suite 1080    Philadellphia    PA, 19103 UNITED STATES | |
| ombh | Margaret Barajas    State LTC Ombudsman    555 Walnut Street, Fifth Floor    Harrisburg, PA 17101 | |
| aty | Jeffrey D Sternklar    19th Floor    101 Federal Street    Boston, MA 02110 | |
| aty | Frederick E. Schmidt, Jr.    Cozen OConnor    3 WTC    175 Greenwich Street, 55th Floor    New York, NY 10007 | |
| smg | Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346 | |
| 5789500 | 590 South 5th Avenue, LLC    Attn: Ira Smedra & Jacob Wintner    6300 Wilshire Boulevard, Suite 1800    Los Angeles, CA 90048−5236 | |
| 5789504 | ALL MEDICAL PERSONNEL INC    ATTN KIMBERLY JAY    4000 HOLLYWOOD BLVDSUITE 600−N    HOLLYWOOD FL 33021−6863 | |
| 5789509 | APR Supply Co.    PO Box 76888    Lancaster, PA 17604−7688 | |
| 5789501 | Accelerated Care Plus Leasing, Inc.    13828 Collections Center Drive    Chicago, IL 60693−0001 | |
| 5789502 | Adam's Specialty Products, LLC    7260 Commerce Plaza Dr.    Neenah, WI 54956−9647 | |
| 5789503 | Aflac    PO Box 535178    Pittsburgh, PA 15253−5178 | |
| 5789505 | Amazon Capital Services, Inc.    410 Terry Avenue N    Seattle, WA 98109−5210 | |
| 5789506 | Anthony Higgins    Commonwealth of Pennsylvania    Department of Labor and Industry    Collections Support Unit PO Box 68568    Harrisburg, PA 17106−8568 | |
| 5789507 | Apex Water and Process, Inc.    12270 43rd St. NE    Saint Michael, MN 55376−8517 | |
| 5789508 | Applicantpro Holdings, LLC    PO Box 738599    Dallas, TX 75373−8599 | |
| 5789510 | Asterisk Services, LLC 4    Fairway Drive    Jackson, NJ 08527−2902 | |
| 5788944 | Atlas Acquisitions LLC    on behalf of ShiftKey LLC    492C Cedar Lane, Ste 442    Teaneck, NJ 07666 | |
| 5789511 | Atlas Acquisitions LLC    on behalf of ShiftKey LLC    492C Cedar Lane, Ste 442    Teaneck, NJ 07666 | |
| 5789512 | Aureus Nursing LLC    PO Box 3037    Omaha, NE 68103−0037 | |
| 5789513 | Axxess Networks, LLC    670 Sentry Parkway STE 201    Blue Bell, PA 19422−2326 | |
| 5789514 | B & G Glass    2668 Leisczs Bridge Road    Leesport, PA 19533−9334 | |
| 5773267 | BDMP Assurance LLP    2211 Congress Street    Portland, ME 04102−1955 | |
| 5789515 | BDMP Assurance LLP    2211 Congress Street    Portland, ME 04102−1955 | |
| 5787971 | BGW Venture, LLC d/b/a Keener Electric Motors    705 State Drive    Lebanon, PA 17042 | |
| 5789518 | BGW Venture, LLC d/b/a Keener Electric Motors    705 State Drive    Lebanon, PA 17042 | |
| 5789516 | Bearings, Belts & Chain, Inc.    PO Box 562    Myerstown, PA 17067−0562 | |
| 5790599 | Benjamin Hackman, Trial Attorney    Office of the United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801 | |
| 5789517 | Berkshire Systems Group, Inc.    50 S Museum Road    Reading, PA 19607−2425 | |
| 5789519 | Brightbill Body Works, Inc.    2701 E Cumberland Street    Lebanon, PA 17042−9206 | |
| 5789520 | Brown Industries, Inc.    344 W Front Street STE 100    Otisville, NY 10963−2640 | |
| 5789521 | Bureau of Employer Tax Operations    Labor & Industry Building    651 Boas Street, Room 702    Harrisburg, PA 17106 | |
| 5789522 | Bureau of Labor    PA Dept of Health 110 Pickering Way    PO Box 500    Exton, PA 19341−0017 | |
| 5789523 | Burkhardt Mechanical Inc.    PO Box 6767    Reading, PA 19610−0767 | |
| 5789541 | CILS Inc.    36 N 16th Street    Lebanon, PA 17042−4505 | |
| 5789548 | COMMONWEALTH OF PA − UCTS    DEPARTMENT OF LABOR AND INDUSTRY    COLLECTIONS SUPPORT UNIT    651 BOAS ST, ROOM 925    HARRISBURG, PA 17121−0751 | |
| 5789526 | Capital Blue Cross    2500 Elmerton Avenue    Harrisburg, PA 17110−9702 | |

| | | |
|---|---|---|
| 5789525 | Capital Blue Cross | P.O. Box 779515 Harrisburg, PA 17177–9515 |
| 5789527 | Capital Blue Cross Payment Processing | PO Box 371482 Pittsburgh, PA 15250–7482 |
| 5789528 | Casella | PO Box 5546 Binghamton, NY 13902–5546 |
| 5788194 | Casella Waste Systems Inc | 25 Greens Hill Lane Rutland, VT 05701 |
| 5789529 | Casella Waste Systems Inc | 25 Greens Hill Lane Rutland, VT 05701 |
| 5789530 | Cedar Haven Acquisition, LLC | 590 South 5th Avenue Lebanon, PA 17042–9154 |
| 5789533 | Cedar Haven Healthcare Center | 590 South 5th Avenue Lebanon, PA 17042–9154 |
| 5789532 | Cedar Haven Healthcare Center | A/C Katherine Kreiser 590 S 5th Avenue Lebanon, PA 17042–9195 |
| 5789531 | Cedar Haven Healthcare Center | Resident Trust Fund Account 590 S 5th Avenue Lebanon, PA 17042–9154 |
| 5788072 | Cellco Partnership d/b/a Verizon Wireless | William MVermette 22001 Loudoun County PKWY Ashburn, VA 20147 |
| 5789534 | Cellco Partnership d/b/a Verizon Wireless | William Mvermette 22001 Loudoun County PKWY Ashburn, VA 20147 |
| 5789535 | Central Medical Ambulance Service | Kathleen M Minnich 3632 Hill Church Road Lebanon, PA 17046 |
| 5789122 | Central Medical Ambulance Service | Kathleen M Minnich 3632 Hill Church Road Lebanon, Pa 17046 Lebanon, PA 17046 |
| 5789536 | Central Pennsylvania Eye and Ear | 620 N 3rd Street Harrisburg, PA 17101–1113 |
| 5789537 | Charles B. Blalack | Mark E. Felger Cozen O'Connor 1650 Market Street, Suite 2800 Philadelphia, PA 19103 |
| 5788754 | Charles B. Blalack | Mark E. Felger, Esq. Cozen O'Connor 1650 Market Street, Suite 2800 Philadelphia, PA 19103 |
| 5789539 | Charles B. Blalack and Stone Barn Mgmt., LLC | COZEN OCONNOR Frederick E. Schmidt, Jr. 3WTC 55th Floor 175 Greenwich St New York, NY 10007–2439 |
| 5789538 | Charles B. Blalack and Stone Barn Mgmt., LLC | COZEN OCONNOR Mark E. Felger 1201 N. Market St Suite 1001 Wilmington, DE 19801–1807 |
| 5789540 | Chelsea Summers | PA Office of Attorney General 1600 Arch Street Suite 300 Philadelphia, PA 19103–2016 |
| 5789542 | City of Lebanon Authority | Water and Sewer Billing 2311 Ridgeview Road Lebanon, PA 17042–9431 |
| 5789543 | Cleanslate Group LLC PO Box 22628 | PO Box 22628 New York, NY 10087–2628 |
| 5773331 | Columbia Ancillary Services, Inc. | 1388 State Route 487 17815–8953 |
| 5789544 | Columbia Ancillary Services, Inc. | 1388 State Route 487 Bloomsburg, PA 17815–8953 |
| 5789545 | Comcast Cable | PO Box 70219 Philadelphia, PA 19176–0219 |
| 5789546 | Comcast Spotlight | PO Box 415949 Boston, MA 02241–5949 |
| 5789547 | CommercialBulbs | 6990 N. Central Park Ave Lincolnwood, IL 60712–2706 |
| 5789549 | Commonwealth of PA State Board | PO Box 2649 Harrisburg, PA 17105–2649 |
| 5789550 | Commonwelath of Pennsylvania | PA Dept of Health 2525 N 7th ST STE 210 Harrisburg, PA 17110–2511 |
| 5789551 | Complete Healthcare Resources Eastern Inc. | 100 Dryden Road E STE 3100 Dresher, PA 19025–1069 |
| 5789552 | Conrad O'Brien PC | West Tower, Suite 3900 1500 Market Street STE 3900W Philadelphia, PA 19102–2112 |
| 5789553 | Continental Health Equipment, Inc. | 529 Butler Road Kittanning, PA 16201–1989 |
| 5789554 | Crest Healthcare Supply | 195 3rd Street Dassel, MN 55325–4511 |
| 5789555 | Crest/Good MFG Co. | 90 Gordon Drive STE A Syosset, NY 11791–4718 |
| 5789556 | Culinary Services Group LLC | 1135 Business Parkway S STE 10 Westminster, MD 21157–3025 |
| 5789563 | DMS | 539 W Waverly Road Glenside, PA 19038–3211 |
| 5789557 | Day Pitney LLP | PO Box 416234 Boston, MA 02241–6234 |
| 5789558 | Department of Human Services Bureau of Fiance–Div | PO Box 8025 Harrisburg, PA 17105–8025 |
| 5789559 | Department of Labor DFVCP | PO Box 620035 Portland, OR 97228–6299 |
| 5789560 | Dept of Enviromental Protection | 400 Market Street Rachel Carson PO Box 8469 Harrisburg, PA 17105–8469 |
| 5789561 | Direct Supply Equipment & Furn. | 6635 W. Champions Way Milwaukee, WI 53223–1201 |
| 5789562 | Direct Supply Healthcare Equip. PO Box 88201 | PO Box 88201 Milwaukee, WI 53288–8201 |
| 5789567 | EF FBO Prostat Enterprises Inc. | PO Box 789087 Philadelphia, PA 19178–9087 |
| 5789568 | ENCOVA MUTUAL INSURANCE COMPANY | ATTN FINANCE–COLLECTIONS 400 QUARRIER STREET CHARLESTON WV 25301–2010 |
| 5789570 | EZ Way Inc. | Attn: Tammy Lutz PO Box 89 Clarinda, IA 51632–0089 |
| 5789571 | EZ Way Inc. | PO Box 89 Clarinda, IA 51632–0089 |
| 5789564 | Ebling's Service Plus | 730 E Lincoln Avenue Myerstown, PA 17067–2219 |
| 5789565 | Ecolab Food Safety Specialties | 24198 Network Place Chicago, IL 60673–1241 |
| 5789566 | Ecolab Inc. | PO Box 92027 New York, NY 10087–2027 |
| 5789569 | Entek Systems | 302 Commerce Drive STE 400 Exton, PA 19341–2606 |
| 5789572 | First Aid & Safety Patrol | PO Box 108 Lebanon, PA 17042–0108 |
| 5789573 | Foodprep Solutions, LLC | PO Box 1221 Bridgeport, CT 06601–1221 |
| 5789574 | Fox Rothschild LLP | Attn: Paul Labow 101 Park Avenue STE 1700 New York, NY 10178–0002 |
| 5789575 | Fraser Advanced Info Systems | PO Box 77096 Minneapolis, MN 55480–7796 |
| 5789576 | Fraser Advanced Information Systems | 320 Penn Avenue Reading, PA 19611–1127 |
| 5789577 | Gable & Son Construction Inc. | 500 S 9th Street Lebanon, PA 17042–6603 |
| 5789578 | General Healthcare Resources Inc. | 512 Township Line RD #200 Blue Bell, PA 19422–2700 |
| 5789579 | George Stauffer | 2911 Marvin Drive Reading, PA 19608–2115 |
| 5789580 | Gorman Distributor's, Inc | 1201 Manor Street Columbia, PA 17512–1922 |
| 5789581 | Grassland Graphics LLC | 2504 Kingfisher Dr. Murfreesboro, TN 37128–0680 |
| 5789582 | Guardian | PO Box 824404 Philadelphia, PA 19182–4404 |

| | | |
|---|---|---|
| 5789583 | Guardian CSC 6000 Susquehanna Plaza Drive York, PA 17406–8911 | |
| 5789584 | Guernsey Office Products Inc. PO Box 61770 PO Box 61770 Harrisburg, PA 17106–1770 | |
| 5773478 | HD Supply Facilities Maint LTD Accounts Receivable 101 RIVERVIEW PKWY STE 100 Santee, CA 92071–5813 | |
| 5789590 | HD Supply Facilities Maint LTD Accounts Receivable 101 RIVERVIEW PKWY STE 100 Santee, CA 92071–5813 | |
| 5789589 | HD Supply Facilities Maint LTD PO Box 509058 San Diego, CA 92150–9058 | |
| 5789592 | HIBU ATTN MELISSA MCCALLIN 2201 RENAISSANCE BLVD KING OF PRUSSIA PA 19406–2709 | |
| 5789585 | Hackman Fire Equipment Inc. 233 Cumberland Street Lebanon, PA 17042–5395 | |
| 5789586 | Hands–On–Nursing Inc. PO Box 806 Lebanon, PA 17042–0806 | |
| 5789587 | Harbor Linen PO Box 3510 Cherry Hill, NJ 08034–0338 | |
| 5789588 | Harmony Healthcare International 430 Boston Street STE 304 Topsfield, MA 01983–1233 | |
| 5773485 | Healthcare Services Group, Inc. PO Box 8299677 Philadelphia, PA 19182–9677 | |
| 5789591 | Healthcare Services Group, Inc. PO Box 8299677 Philadelphia, PA 19182–9677 | |
| 5789593 | Home Improvement Outlet, Inc. 615 E Walnut Street Lebanon, PA 17042–5654 | |
| 5789594 | Honeywell International Inc Building Solutions 12490 Collections Center Dr. Chicago, IL 60693–0001 | |
| 5789595 | ID Graphics 25 E Main Street STE 1 Everett, PA 15537–1257 | |
| 5789596 | Inovalon Provider, Inc. PO Box 856015 Minneapolis, MN 55485–6015 | |
| 5788120 | IntelyCare, Inc. 1250 Hancock Street Suite 501N Quincy, MA 02169 | |
| 5789597 | IntelyCare, Inc. 1250 Hancock Street Suite 501N Quincy, MA 02169 | |
| 5789598 | Intelycare, Inc. PO Box 787317 Philadelphia, PA 19178–7317 | |
| 5789600 | Internal Revenue Service P.O. Box 742562 Cincinnati, OH 45274–2562 | |
| 5789599 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101–7346 | |
| 5789601 | J C Erlich Co. Inc. PO Box 13848 Reading, PA 19612–3848 | |
| 5789602 | Jackson Therapy Partners, LLC PO Box 277637 Atlanta, GA 30384–7637 | |
| 5789603 | Just Like Family 845 Tuck Street Lebanon, PA 17042–7478 | |
| 5789604 | K&D Factory Service 1833–411 North Cameron Street Harrisburg, PA 17103–1004 | |
| 5789605 | KCI USA PO Box 301557 Dallas, TX 75303–1557 | |
| 5789606 | Kennedy, PC 1607 N 2nd Street Harrisburg, PA 17102–2448 | |
| 5789607 | Kennedy, PC P.O. Box 5100 Harrisburg, PA 17110–0100 | |
| 5789608 | Keppley's Tire Center 406 1 Conrad Weiser Parkway Womelsdorf, PA 19567–1640 | |
| 5789609 | Keystone Collections Group PO Box 449 Irwin, PA 15642–0449 | |
| 5783175 | Kleen Air Systems Inc 365 Bennett St Luzerne, PA 18709 | |
| 5789610 | Kleen Air Systems Inc 365 Bennett St Luzerne, PA 18709–1500 | |
| 5789611 | Kleen Air Systems Inc. PO Box 177 Luzerne, PA 18709–0177 | |
| 5789612 | Kone Inc (6082) PO Box 7247 Philadelphia, PA 19170–0001 | |
| 5789613 | Lab Logistics LLC PO Box 84938 Chicago, IL 60689–4938 | |
| 5789614 | Lebanon Paint & Wallpaper Inc. 16 N 9th Street Lebanon, PA 17046–4998 | |
| 5789615 | Lebanon Pretzel Twist LLC 718 Poplar Street, Ste. G Lebanon, PA 17042–6763 | |
| 5789616 | Lebanon Valley Chamber of Commerce 989 Quentin Road STE 1 Lebanon, PA 17042–6929 | |
| 5789617 | Legal Shield PO Box 2629 Ada, OK 74821–2629 | |
| 5789618 | Leon P. Haller Purcell, Krug and Haller(Trustee) 1719 North Front Street Harrisburg, PA 17102–2305 | |
| 5789619 | Loyal Assistant Dba Bravo Care Dept. 911 PO Box 509141 San Diego, CA 92150–9141 | |
| 5789621 | MARPAC INC 4801 LINCOLN RD NE ALBUQUERQUE NM 87109–2304 | |
| 5789624 | MAXIM HEALTHCARE STAFFING SERVICES INC 12558 COLLECTIONS CENTER DRIVE CHICAGO IL 60693–0001 | |
| 5789627 | MEDLINE INDUSTRIES INC ATTN ANNE KISHA ONE MEDLINE PL MUNDELEIN IL 60060–4486 | |
| 5789629 | MEMIC 261 COMMERCIAL STREET PORTLAND ME 04101–4622 | |
| 5789635 | MESSICK FARM EQUIPMENT 1475 STRICKLER ROAD MOUNT JOY PA 17552–9308 | |
| 5789640 | MS Hershey Medical Center MC CA410 PO Box 856 Hershey, PA 17033–0856 | |
| 5789620 | Manheim Medical Supply Inc. PO Box 9065 Lancaster, PA 17604–9065 | |
| 5789622 | Master Medical Equipment PO Box 11476 Jackson, TN 38308–0124 | |
| 5789623 | Master Medical Group PO Box 58 Fort Washington, PA 19034–0058 | |
| 5786155 | McKesson Medical–Surgical Minnesota Supply, Inc. 9954 Mayland Drive, Suite 4000 Henrico, VA 23233 | |
| 5789626 | McKesson Medical–Surgical Minnesota Supply, Inc. 9954 Mayland Drive, Suite 4000 Henrico, VA 23233 | |
| 5789625 | Mckesson Medical–Surgical Minnesota PO Box 204786 Dallas, TX 75320–4786 | |
| 5789628 | Medline Industries, LP 917 E Powell Dr Lincolnton, NC 28092–0038 | |
| 5785078 | Memic Indemnity 261 Commercial Street Portland, ME 04101 | |
| 5789630 | Memic Indemnity Co. PO Box 9500 Lewiston, ME 04243–9500 | |
| 5789632 | Meritain Health PO Box 223881 Pittsburgh, PA 15252–2881 | |
| 5789631 | Meritain Health PO Box 86093 Minneapolis, MN 55486–0093 | |
| 5789208 | Meritain Health, Inc. and Its Affiliates McGuireWoods LLP ATTN: Aaron McCollough 77 West Wacker Drive, Ste. 4100 Chicago, IL 60601–1818 | |
| 5789633 | Meritain Health, Inc. and Its Affiliates McGuireWoods LLP ATTN: Aaron McCollough 77 West Wacker Drive, Ste. 4100 Chicago, IL 60601–1818 | |
| 5773636 | Messer LLC 88718 Expedite Way Chicago, IL 60695–0001 | |
| 5789634 | Messer LLC 88718 Expedite Way Chicago, IL 60695–0001 | |
| 5788193 | Met Ed 101 Crawfords Corner Rd Bldg 1 Suite 1–511 Holmdel, NJ 07733 | |
| 5789636 | Met Ed 101 Crawfords Corner Rd Bldg 1 Suite 1–511 Holmdel, NJ 07733 | |
| 5789637 | Met–ED PO Box 371422 Pittsburgh, PA 15250–7482 | |
| 5789638 | Mette Evans & Woodside Attn: Accounting Department PO Box 5950 Harrisburg, PA 17110–0950 | |

| | | | |
|---|---|---|---|
| 5789639 | Morning Star Hospice & Palliative | 2225 Sycamore St., Ste. 410 | Harrisburg, PA 17111–1026 |
| 5789641 | NATIONAL SERVICE BUREAU | 18912 NORTH CREEK PARKWAY | SUITE 205 BOTHELL WA 98011–8016 |
| 5789642 | NHI Direct | 4 Fairway Drive | Jackson, NJ 08527–2902 |
| 5789643 | Northeast Protection Partners Inc. | 885 Fox Chase STE 103 | Coatesville, PA 19320–5811 |
| 5789644 | Nova Healthcare Solutions | 2914 Avenue L | Brooklyn, NY 11210–4639 |
| 5789645 | Nurselect, LLC | PO Box 13188 | Milwaukee, WI 53213–0188 |
| 5789653 | OSHA – U.S Dept. of Labor | Harrisburg Area Office | 43 Kline Village Harrisburg, PA 17104–1529 |
| 5789646 | Office Depot | P.O. Box 633211 | Cincinnati, OH 45263–3211 |
| 5789647 | Office of Attorney General | Financial Enforcement Section | Strawberry Square, 15th Floor Harrisburg, PA 17120–0001 |
| 5789648 | Office of the United States Trustee | 1501 North 6th Street | Harrisburg, PA 17102–1104 |
| 5789650 | On–Site Health Services, PC | 482 Norristown Road STE 111 | Blue Bell, PA 19422–2349 |
| 5789649 | Onshift Inc. | PO Box 207856 | Dallas, TX 75320–7856 |
| 5789651 | Optum360 | PO Box 88050 | Chicago, IL 60680–1050 |
| 5789652 | Orkin | 4450 Paxton Street | Harrisburg, PA 17111–2515 |
| 5789654 | PA Department of Human Services | 625 Forster St | Harrisburg, PA17120–0701 |
| 5789655 | PA Department of Revenue | 1854 Brookwood Street | Harrisburg, PA 17104–2244 |
| 5789656 | PA Department of Revenue | Bureau of Individual Taxes | PO Box 280502 Harrisburg, PA 17128–0502 |
| 5789657 | PA Department of Revenue | P.O. Box 280946 | Harrisburg, PA 17128–0946 |
| 5789658 | PA Dept of Labor & Industry | Bureau of Occupational & Inc. | PO Box 68572 Harrisburg, PA 17106–8572 |
| 5789659 | PA Dept of Revenue | PO Box 280404 | Harrisburg, PA 17128–0404 |
| 5789660 | PA Media Group | Dept. 77571 | PO Box 77000 Detroit, MI 48277–0571 |
| 5789661 | PA SCDU | PO Box 69112 | Harrisburg, PA 17106–9112 |
| 5789662 | PA UC Fund | Office of UC Tax Services | PO Box 60848 Harrisburg, PA 17106–0848 |
| 5773699 | PACAH | Attn: Accts Receivable | PO Box 60769 Harrisburg, PA 17106–0769 |
| 5789663 | PACAH | Attn: Accts Receivable | PO Box 60769 Harrisburg, PA 17106–0769 |
| 5789664 | Penn State Health | PO BOX 829725 | Philadelphia, PA 19182–9725 |
| 5787025 | Penn State Health Milton S. Hershey Medical Center | Penn State Health | 100 Crystal A. Drive Mail Code CA320 Herhsey, PA 17033 |
| 5789665 | Penn State Health Milton S. Hershey Medical Center | Penn State Health | 100 Crystal A. Drive Mail Code CA320 Hershey, PA 17033 |
| 5789666 | Pennsylvania Department of Human Services, OLTL | Thomas Car, Assistant Counsel | 625 Forster Street, 3rd Floor Wes Harrisburg, PA 17120 |
| 5787365 | Pennsylvania Department of Human Services, OLTL | Thomas Car, Assistant Counsel | 625 Forster Street, 3rd Floor West Harrisburg, PA 17120 |
| 5789667 | Pennsylvania Department of Revenue | Bankruptcy Division | PO BOX 280946 Harrisburg, PA 17128–0946 |
| 5774455 | Pennsylvania Department of Revenue | Bankruptcy Division PO BOX 280946 | Harrisburg, PA 17128 |
| 5789668 | Pennsylvania Dept of Health | Kennedy, PC Law Office | PO Box 5100 Harrisburg, PA 17110–0100 |
| 5789669 | Pennsylvania Guardianship Assoc | PO Box 7295 | Lancaster, PA 17604–7295 |
| 5789670 | Pensar Medical | PO Box 1373 | Corona, CA 92878–1373 |
| 5789671 | Performance Health Supply LLC | 28100 Torch Parkway Suite 700 | Warrenville, IL 60555–4030 |
| 5789672 | PharMerica | P.O. Box 409251 | Atlanta, GA 30384–9251 |
| 5789673 | Pharmscript, LLC | 150 Pierce Street | Somerset, NJ 08873–4185 |
| 5789674 | Phoebe Services Pharmacy | 6520 Stonegate Drive STE 100 | Allentown, PA 18106–9297 |
| 5786948 | Phoebe Services, Inc. | c/o Rick M. Grams, Esquire | McNees Wallace & Nurick LLC 600 Washington Avenue, Suite 104 Towson, MD 21204 |
| 5789675 | Phoebe Services, Inc. | c/o Rick M. Grams, Esquire | McNees Wallace & Nurick LLC 600 Washington Avenue, Suite 104 Towson, MD 21204 |
| 5789676 | Pitney Bowes Global Financial Serv | PO Box 981022 | Boston, MA 02298–1022 |
| 5789677 | Pointclickcare Technologies Inc | PO Box 674802 | Detroit, MI 48267–4802 |
| 5789678 | Power Systems Electric Inc | 885 S Railroad St. | Myerstown, PA 17067–1516 |
| 5789890 | Premier Healthcare Management LLC | c/o Jeffrey D. Sternklar, Esq. | 10 Mallard Drive Sharon, MA 02067 |
| 5789891 | Premier Healthcare Management LLC | c/o Jeffrey D. Sternklar, Esq. | 10 Mallard Drive Sharon, MA 02067 Premier Healthcare Management LLC c/o Jeffrey D. Sternklar, Esq. |
| 5789679 | Prompt Care Respiratory | PO Box 829795 | Philadelphia, PA 19182–9795 |
| 5789681 | RELIAS LLC | ATTN LEGAL | 1010 SYNC STREETSUITE 100 MORRISVILLE NC 27560–5473 |
| 5789686 | RYANN LOFTUS | Assistant U.S. Attorney | P.O. Box 309 Scranton, PA 18501–0309 |
| 5789680 | Ratt Inc. dba Orkin Pest Control | 4450 Paxton Street | Harrisburg, PA 17111–2515 |
| 5787978 | Restaurant Mechanical Services | 26 Fairview Road | Kirkwood, PA 17536 |
| 5789682 | Restaurant Mechanical Services | 26 Fairview Road | Kirkwood, PA 17536 |
| 5789683 | Retirement Home TV Corporation | 4604 Arden Dr. | Fort Wayne, IN 46804–4451 |
| 5789684 | Revital Rehab Services | c/o Vcorp Agent Services, Inc. | 108 W. 13th Street Suite 100 Wilmington, DE 19801–1145 |
| 5789685 | Robert E Chernicoff | Cunningham and Chernicoff PC | 2320 North Second Street Harrisburg, PA 17110–1008 |
| 5789700 | SLT Sewer Fund South Lebanon Township | 1800 S. 5th Avenue | Lebanon, PA 17042–7999 |
| 5789710 | STERICYCLE INC | 2355 WAUKEGAN ROAD | BANNOCKBURN IL 60015–1503 |
| 5789718 | SUBURBAN PROPANE LP | ATTN CREDIT & COLLECTIONS | 240 ROUTE 10 WEST WHIPPANY NJ 07981–2105 |
| 5773771 | Samaritan Fund Program LLC | 3121 21st St. | Metairie, LA 70002–4916 |

| | | | | |
|---|---|---|---|---|
| 5789687 | Samaritan Fund Program LLC | 3121 21st St. | Metairie, LA 70002–4916 | |
| 5789688 | Scriptsourcing, LLC | Attn: Invoicing Dept | 6080 Falls Road STE 201 | Baltimore, MD 21209–2498 |
| 5789689 | Scrubs On Wheels #2 | 1730 Gateway Ct. | Elkhart, IN 46514–8217 | |
| 5789690 | Security & Exchange Commission | 100 Pearl Street, Suite 20–100 | New York, NY 10004–6003 | |
| 5785178 | Sedulous Ventures Inc., DBA: Keppley's Tire Center | 4061 CONRAD WEISER PKWY. | Womelsdorf, PA 19567 | |
| 5789691 | Sedulous Ventures Inc., DBA: Keppley's Tire Center | 4061 CONRAD WEISER PKWY. | Womelsdorf, PA 19567 | |
| 5789692 | Select Rehabilitation | PO Box 71985 | Chicago, IL 60694–1985 | |
| 5789693 | Serenity Aquarium & Aviary Services | 7260 Commerce Plaza Drive | Neenah, WI 54956–9647 | |
| 5789694 | Shifster, LLC d/b/a Eshyft | 4547 Route 9, Ste. Q | Howell, NJ 07731–3382 | |
| 5789695 | Shiftkey | PO Box 735913 | Dallas, TX 75373–5913 | |
| 5789696 | Shiftmed, LLC | PO Box 124004 | Dallas, TX 75312–4004 | |
| 5789697 | Shiftster LLC | Drawer #2878 | PO Box 5935 | Troy, MI 48007–5935 |
| 5773788 | Shoes for Crews, LLC | PO Box 734176 | Chicago, IL 60673–4176 | |
| 5789698 | Shoes for Crews, LLC | PO Box 734176 | Chicago, IL 60673–4176 | |
| 5789699 | Sills Cummis & Gross | 101 Park Avenue FL 28 | New York, NY 10178–2609 | |
| 5789701 | Snyder Brothers Inc | PO Box 536025 | Pittsburgh, PA 15253–5902 | |
| 5786035 | South Lebanon Township | 1800 S 5th Ave | Lebanon, PA 17042 | |
| 5789702 | South Lebanon Township | 1800 S 5th Ave | Lebanon, PA 17042 | |
| 5789703 | Staples Advantage | PO Box 83689 | Chicago, IL 60696–0001 | |
| 5789706 | Staples Advantage (Sun Office Sol.) | 7347 S Revere Pkwy Bldg B Ste 200 | Englewood, CO 80112–6796 | |
| 5789704 | Staples Advantage – Wilkes Barre | 1555 E End Blvd | Wilkes Barre, PA 18711–0576 | |
| 5789705 | Staples Advantage – Wilkes Barre | Sept. PH | PO Box 415256 | Boston, MA 02241–5256 |
| 5789707 | State Chemical Solutions | 3100 Hamilton Avenue | Cleveland, OH 44114–3701 | |
| 5789708 | State Industrial Products | PO Box 830316 | Philadelphia, PA 19182–0316 | |
| 5789709 | Stauffer Compressor N Machine Inc. | 298 Boomerang Drive | Ephrata, PA 17522–2441 | |
| 5789711 | Stericycle, Inc. | 28883 Network Place | Chicago, IL 60673–1288 | |
| 5789712 | Steve's Transmissions, Inc. | 397 Woleber Road | Myerstown, PA 17067–1776 | |
| 5789713 | Stone Barn Holdings | c/o Chas Blalack | 66 Marsh Creek Road | Fernandina Beach, FL 32034–6419 |
| 5789714 | Stone Barn Holdings Inc. | Attn: Greg Rawlings | PO Box 5119 | Ketchum, ID 83340–5180 |
| 5788753 | Stone Barn Holdings, Inc. | Mark E. Felger | Cozen O'Connor | 1650 Market Street, Suite 2800 Philadelphia, PA 19103 |
| 5789715 | Stone Barn Holdings, Inc. | Mark E. Felger | Cozen O'Connor | 1650 Market Street, Suite 2800 Philadelphia, PA 19103 |
| 5789716 | Stone Barn Management Inc. | PO Box 5119 | Ketchum, ID 83340–5180 | Ketchum, ID 83340–5180 |
| 5789717 | Suburban Geriatrics | 2901 Jolly Road | Plymouth Meeting, PA 19462–2324 | |
| 5789719 | T MOBILE C/O AMERICAN INFOSOURCE LP | 4515 N SANTA FE AVE | OKLAHOMA CITY OK 73118–7901 | |
| 5788910 | TCM Bank, NA | PO Box 105666 | Atlanta, GA 30348 | |
| 5789720 | TCM Bank, NA | PO Box 105666 | Atlanta, GA 30348 | |
| 5789721 | THE ARBA GROUP INC | ATTN RORY A PACKER | 6300 WILSHIRE BLVD #1800 | LOS ANGELES CA 90048–5236 |
| 5789726 | TK Elevator Corporation | PO Box 3796 | Carol Stream, IL 60132–3796 | |
| 5789728 | TRIDENTCARE | 930 RIDGEBROOK RD | SPARKS GLENCOE MD 21152–9390 | |
| 5789722 | The Battery Warehouse | 125 Schneider Dr. | Lebanon, PA 17046–4875 | |
| 5789723 | Theresa Lewis | 215 Gardenia Lane | Lebanon, PA 17042–9739 | |
| 5789724 | Think IT | 4 Fairway Drive | Jackson, NJ 08527–2902 | |
| 5789725 | Timothy Fox, Trial Attorney | Office of the United States Trustee | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207 Lockbox 35 Wilmington, DE 19801–3519 |
| 5789727 | Trago Mechinical, Inc | 5 W Wynwood Drive | Willow Street, PA 17584–9486 | |
| 5789729 | Tridentcare Vascular Services | PO Box 830745 | Philadelphia, PA 19182–5745 | |
| 5789730 | TwinMed | 11333 Greenstone Avenue | Santa Fe Springs, CA 90670–4618 | |
| 5789731 | TwoMagnets Inc. | P.O. Box 103125 | Pasadena, CA 91189–3125 | |
| 5787954 | Twomagnets LLC d/b/a Clipboard Health | 440 North Barranca Avenue #5028 | Covina, CA 91723 | |
| 5789732 | Twomagnets LLC d/b/a Clipboard Health | 440 North Barranca Avenue #5028 | Covina, CA 91723 | |
| 5789733 | U.S. Bankruptcy Court | Sylvia H. Rambo US Courthouse | 1501 N. 6th Street | Harrisburg, PA 17102–1104 |
| 5789734 | UGI Energy Services, LLC DBA UGI Energylink | PO Box 827032 | Philadelphia, PA 19182–7032 | |
| 5789735 | UGI UTILITIES INC | ATTN CREDIT & COLLECTIONS | PO BOX 13009 | READING PA 19612–3009 |
| 5773870 | UGI Utilities Inc. | PO Box 15523 | Wilmington, DE 19886–5523 | |
| 5789736 | UGI Utilities Inc. | PO Box 15523 | Wilmington, DE 19886–5523 | |
| 5789737 | UKG Inc. | UKG Lockbox | PO Box 930953 | Atlanta, GA 31193–0953 |
| 5789738 | UKG Kronos Systems LLC | PO Box 743208 | Atlanta, GA 30374–3208 | |
| 5789747 | US Department of Health and Human Services Region | 150 S. Independence Mall West | Philadlephia, PA 19106–3413 | |
| 5789748 | US Electrical Services, Inc. | PO Box 412485 | Boston, MA 02241–2485 | |
| 5789749 | US Foods, Inc. | 8075 S. River Parkway | Tempe, AZ 85284–1819 | |
| 5787958 | US Foods, Inc. | Brian Shaw | Cozen O'Connor | 123 North Wacker Drive, Suite 1800 Chicago, IL 60606 |
| 5789750 | US Foods, Inc. | Brian Shaw | Cozen O'Connor | 123 North Wacker Drive, Suite 1800 Chicago, IL 60606 |
| 5789739 | Uline | PO Box 88741 | Chicago, IL 60680–1741 | |
| 5789740 | Unified Door & Hardware Group | 1650 Suckle Highway | Pennsauken, NJ 08110–1450 | |

5789741 United States Attorney    The Sylvia H. Rambo U.S. Courthouse    1501 North 6th Street    Harrisburg, PA 17102–1104

5789742 United States Department of Justice    P.O. Box 227    Ben Franklin Station    Washington, DC 20044–0227

5789743 United States Treasury    Internal Revenue Service    Dept. of the Treasury    Ogden, UT 84201–0009

5789744 United States Trustee Payment Cntr    PO Box 620019    Portland, OR 97228–6299

5789745 United States Trustee US Courthouse    1501 N. 6th St    Harrisburg, PA 17102–1104

5789746 Urgent Medical Staffing Solutions    315 W James Street STE 103A    Lancaster, PA 17603–2979

5789752 VFP Fire Systems    PO Box 74008409    Chicago, IL 60674–8409

5789751 Verizon Business    PO Box 16810    Newark, NJ 07101–6810

5789753 Visa    PO Box 4512    Carol Stream, IL 60197–4512

5789754 Vohra Post Acute Care Physicians NE    PO Box 742758    Atlanta, GA 30374–2758

5789755 Watchkeep    320 Penn Avenue    Reading, PA 19611–1127

5789756 WellLink Group Purchasing (Champs)    1226 Huron Road East    Cleveland, OH 44115–1702

5789757 Wellspan Good Samaritan Hosp.    PO Box 645983    Cincinnati, OH 45264–5983

5789758 Wellspan Health    Attn:Karen Waltmire    PO Box 2767    York, PA 17405–2767

5789759 Wellspan Health Service Area    45 Monument Road STE 200    York, PA 17403–5071

5789760 Wellspan Philhaven    C/O Finance    PO Box 550    Mount Gretna, PA 17064–0550

5789761 Windstream    P.O. Box 9001908    Louisville, KY 40290–1908

5789762 Wound Healing Technologies    1820 Avenue M, Suite 238    Brooklyn, NY 11230–5347

5789763 Yessin & Associates    2102 W. Cass St., Fl. 2    Tampa, FL 33606–1247

5789524 c/o Cathy Weaver Estate of Patricia Rotherme    Kanter Bernstein & Kardon    1617 J.F.K. Blvd.Suite 1080    Philadellphia, PA 19103–1851

TOTAL: 307