# OFFICE OF THE LONG-TERM CARE OMBUDSMAN

## EST. WITHIN THE PA DEPARTMENT OF AGING

June 23, 2026

FILED
**June 23, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

**Patient Care Ombudsman Report**

Re:     Cedar Haven Acquisition, LLC dba Cedar Haven Healthcare Center

      Case No. 1:26-BK-00118-HWV

As directed by the court, and pursuant to 11 U.S.C. § 333(a)(2), Fed. R. Bankr. P. 2007.2(c), the following is my first and final 60-day report for the above-captioned case.

## General Information

Cedar Haven Healthcare Center offers long-term skilled nursing facility services in Lebanon County, Pennsylvania under a regular license issued by the PA Department of Health. The population they serve is primarily geriatric. The facility participates in Medicare and Medicaid.

The facility has a capacity of 324 licensed beds, of which 263 are currently occupied. Local ombudsman report that the census is comparable to facilities serving the same area. The facility also operates a secure memory care unit, serving 34 residents.

## Environmental Observations

Cedar Haven offers an unsecured traditional lobby, but access to resident floors requires the use of a keypad or security codes for the elevators.

Snacks are available at the main entrance for all residents and visitors through a staff-operated snack bar that residents report they enjoy both visiting and volunteering at. The temperature is comfortable and resident rooms are primarily clean and odor free at each of the weekly visits conducted.

## Staffing/Operations

The Pennsylvania Department of Health reports a ratio of 3.26 nursing hours per resident per day.

On 5/7/2026 the Director of Social Services position became vacant and remained so through 5/18/2026. Social services were actively managed by two social workers, and the position was reported as filled as of 5/27/2026.

Pennsylvania Department of Aging / Office of the Long-Term Care Ombudsman
555 Walnut Street, 5th Floor, Harrisburg, PA | 717-783-8975 | LTCombudsman@pa.gov

Case 1:26-bk-00118-HWV    Doc 188    Filed 06/23/26    Entered 06/23/26 15:37:19    Desc
Main Document    Page 1 of 2

## Complaints/Concerns

During this reporting period, the representatives of the Patient Care Ombudsman received four complaints related primarily to ongoing operations concerns.

Residents reported that food would be served cold or was not appealing to the residents. Through self-advocacy and address during resident meetings, the menu is now partially decided by resident vote at resident council meetings and residents have reported that the issue is resolved.

Residents raised complaints about short-staffing which affected call bell response times, especially at night. These complaints were brought to the attention of nursing staff during a resident council meeting and were addressed promptly.

Local ombudsman received complaints that clothing was not being returned or was going missing, a concern also raised during resident council. The administrator laid out a conflict resolution path which included filing reports for all missing items. The local ombudsman noted that the documentation would be helpful but would continue to monitor the situation as it may place too much of a burden on residents.

On 5/7/2026, a local ombudsman met with a resident in the memory-care unit who complained they were inappropriately placed into that wing and did not belong. The local ombudsman is actively investigating the matter.

## Conclusion

We trust that the information included in this report is satisfactory to the court.

The U.S. Bankruptcy Court approved the sale of this facility to Cedar Haven Healthcare LLC on 5/26/2026. Because this facility has been transferred to new ownership, I ask the court to release me from appointment as Patient Care Ombudsman in this bankruptcy case. My representatives and I will conclude our weekly visits, unless otherwise directed by the Court.

For additional information or should you have any questions, please do not hesitate to contact the PA Office of the Long-Term Care Ombudsman at (717) 783-7096.

Sincerely,

*Margaret D Barajas*

Margaret Barajas

State Long-Term Care Ombudsman