IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                      :   No. 1:26-bk-00118-HWV

CEDAR HAVEN ACQUISITION,    :

LLC                       :        Chapter 11

        Debtor        :

                            :

**CERTIFICATION OF NO OBJECTION REGARDING
SECOND INTERIM CHAPTER 11 APPLICATION OF CUNNINGHAM,
CHERNICOFF & WARSHAWSKY, P.C. FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES
AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies that, as of the date hereof, no responsive pleading objecting to the Second Interim Chapter 11 Application of Cunningham, Chernicoff & Warshawsky, P.C. For Allowance of Compensation For Professional Services and Reimbursement of Expenses, has been filed and the deadline to file a response and/or objection to the Application has passed. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or responsive pleading to the Application appears thereon.

It is hereby respectfully requested that the proposed Order attached to the Motion at Doc. No. 189 be entered by the Court.

Respectfully submitted:

CUNNINGHAM, CHERNICOFF
& WARSHAWSKY, P.C.

By: s/   Robert E. Chernicoff
        Robert E. Chernicoff, Esquire
        Attorney I.D. No. 23380
        2320 North Second Street
        P. O. Box 60457
        Harrisburg, PA 17106-0457
        (717) 238-6570
        rec@cclawpc.com

Date: July 16, 2026