**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 1:26-bk-00118-HWV |
| CEDAR HAVEN ACQUISITION, LLC, dba | : | |
| CEDAR HAVEN HEALTHCARE CENTER, | : | |
| | : | CHAPTER 11 |
| Debtor. | : | |

# ORDER

Upon consideration of the Motion of Leon P. Haller, Esquire, Chapter 11 Trustee for Cedar Haven Acquisition, LLC, for an Order Directing Creditors to File Claims for Expenses of Administration, Doc. 212, and it appearing that such Motion is necessary for the administration of the Debtor's estate, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**. Administrative claims shall be filed within 21 days of the date of service of this Order.
2. The notice shall be served within five (5) days of the date of entry of this Order upon:
   a. The Office of the United States Trustee;
   b. All state and governmental authorities having jurisdiction over the Debtor;
   c. All creditors and parties in interest in the case;
   d. Any parties for which the debtor is aware may hold an administrative claim which has not been paid or has not been filed; and
   e. All persons and entities requesting notice pursuant to Federal Rule of Bankruptcy Procedure 2002 as of the entry of this Order.
3. Nothing contained in this Order shall prejudice the right of the Debtor or the Official Committee of Unsecured Creditors or any other party in interest to dispute or assert offsets or defenses to any administrative claim.

4. All holders of administrative claims that fail to comply with this Order as to the filing of or allowance of administrative claims shall not be treated as an administrative creditor with respect to such claim for purposes of receiving distributions from the Debtor's estate. Only claims that qualify under Section 503 of the Bankruptcy Code shall be affected by this Order.

By the Court,



Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 10, 2026